**E-filed 10/30/06**

ROBBINS UMEDA & FINK LLP
BRIAN J. ROBBINS (190264)
MARC M. UMEDA (197847)
STEVEN J. SIMERLEIN (156979)
610 West Ash Street, Suite 1800
San Diego, CA 92101
Telephone: 619/525-3990
Facsimile: 619/525-3991
brobbins@ruflaw.com
mumeda@ruflaw.com
ssimerlein@ruflaw.com

Co-Lead Counsel for Plaintiffs

[Additional counsel appear on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE BLUE COAT SYSTEMS, INC. DERIVATIVE LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Lead Case No. 5:06-cv-04809-JF<br>(Consolidated with 5:06-cv-05453)<br><br>Judge: Hon. Jeremy Fogel<br><br>STIPULATION ESTABLISHING REVISED FILING DATE FOR CONSOLIDATED COMPLAINT AND RELATED MATTERS; [P~~ROPOSED~~] ORDER THEREON AND CONTINUING CASE MANAGEMENT CONFERENCE |

1    WHEREAS, there are presently two related shareholder derivative actions against certain of
2    the officers and directors of Blue Coat Systems, Inc. ("Blue Coat") on file in this Court, which are
3    now consolidated pursuant to a stipulation approved by the Court on September 22, 2006, now
4    styled as *In re Blue Coat Systems, Inc. Derivative Litigation*, Lead Case no. 5:06-cv-04809-JF.

5    WHEREAS, under the stipulation and order, the Court has established a deadline of
6    November 21, 2006 by which plaintiffs must file and serve their consolidated complaint.

7    WHEREAS, a Case Management Conference ("CMC") is currently set for November 17,
8    2006.

9    WHEREAS, on September 7, 2006, Blue Coat's Board of Directors determined that Blue
10   Coat should restate its financial statements beginning in the fiscal year ended April 30, 2000 through
11   the interim financial period ended January 31, 2006.

12   WHEREAS, the parties wish to enter into a stipulation to be submitted to this Court for
13   approval that would: (1) allow the plaintiffs to file their consolidated complaint within thirty (30)
14   days following the date that Blue Coat first publicly discloses its restated financial statements via a
15   filing with the U.S. Securities and Exchange Commission ("SEC"); (2) provide a briefing schedule
16   for defendants' response to the consolidated complaint consistent with the timeframes established by
17   the stipulation currently in effect and which would not otherwise alter the terms of the current
18   stipulation and order; and (3) take the Case Management Conference currently scheduled for
19   November 17, 2006 off calendar to be reset at a date and time following the filing of the
20   consolidated complaint.

21                                             * * *

22   Now, therefore, the parties hereby stipulate and the Court ORDERS as follows:

23   1.   Plaintiffs shall file their consolidated complaint within thirty (30) days after the date
24   that Blue Coat files its restated financial statements with the SEC. Counsel for Blue Coat shall
25   notify counsel for the plaintiffs in writing within five (5) calendar days of such filing.

26   2.   The dates for defendants to respond to the consolidated complaint and subsequent
27   briefing activity established in Section IV of the stipulation approved by this Court on September 22,
28   2006 shall remain in effect.

- 1 -

STIP TO MODIFY FILING DATE FOR CONSOLIDATED COMPLAINT; [PROPOSED] ORDER
Lead Case No. 5:06-cv-04809-JF

3. The CMC currently set for November 17, 2006, along with all associated activities and deadlines, is hereby taken off calendar. The Court will reset the CMC to a date certain following the filing of the consolidated complaint by plaintiffs.

4. All other terms and conditions of the stipulation approved on September 22, 2006 by this Court shall remain in full force and effect.

IT IS SO STIPULATED.

DATED: October 24, 2006

ROBBINS UMEDA & FINK, LLP
BRIAN J. ROBBINS
MARC M. UMEDA
STEVEN J. SIMERLEIN
610 West Ash Street, Suite 1800
San Diego, CA 92101
Telephone: 619/525-3990
Facsimile: 619/525-3991

By: /s/ Steven J. Simerlein
STEVEN J. SIMERLEIN

Co-Lead Counsel for Plaintiffs

THE WEISER LAW FIRM, P.C.
ROBERT B. WEISER
121 N. Wayne Avenue, Suite 100
Wayne, PA 19087
Telephone: 610/225-2677
Facsimile: 610/225-2678

Co-Lead Counsel for Plaintiffs

LAW OFFICES OF BRUCE G. MURPHY
BRUCE G. MURPHY
265 Llwyds Lane
Vero Beach, FL 32963
Telephone: 828/737-0500
Facsimile: 828/737-0534

Counsel for Plaintiff Kermit Baker

- 2 -

| | | |
|---|---|---|
| 1 | DATED: October 24, 2006 | WILSON SONSINI GOODRICH & ROSATI |
| 2 | | JEROME F. BIRN, JR |
| | | CAZ HASHEMI |
| 3 | | REBECCA A. MITCHELLS |
| | | One Market, Spear Tower |
| 4 | | Suite 3300 |
| | | San Francisco, CA 94105 |
| 5 | | Telephone: 415/947-2000 |
| | | Facsimile: 415/947-2099 |

By: /s/ Rebecca A. Mitchells
REBECCA A. MITCHELLS

Counsel for defendants Brian M. Nesmith, Michael A. Malcolm, David A. De Simone, Robert P. Verheecke, Alan L. Robin, James A. Barth, David W. Hanna, Jay W. Shively, III, Timothy Howes, Andrew S. Rachleff, Stuart G. Phillips, Marc L. Andreessen, Philip J. Koen and nominal defendant Blue Coat

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.
Case Management Conference is continued until February 23, 2007 at 10:30 AM.

10/30/06
DATED

_____
HONORABLE JEREMY FOGEL
U.S. DISTRICT COURT JUDGE

- 3 -

STIP TO MODIFY FILING DATE FOR CONSOLIDATED COMPLAINT; [PROPOSED] ORDER
Lead Case No. 5:06-cv-04809-JF

## DECLARATION OF SERVICE BY MAIL

I, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, a citizen of the United States and a resident of the County of San Diego, over the age of 18 years, and not a party to or interest in the within action; that declarant's business address is 610 West Ash Street, Suite 1800, San Diego, California 92101.

2. That on October 24, 2006, declarant served by depositing a true and correct copy thereof of

STIPULATION ESTABLISHING REVISED FILING DATE FOR CONSOLIDATED COMPLAINT AND RELATED MATTERS; [PROPOSED] ORDER THEREON

in a United States mailbox at San Diego, California in a sealed envelope with postage thereon fully prepaid and addressed to the parties listed on the attached Service List.

3. That there is a regular communication by mail between the place of mailing and the places so addressed.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this October 24, 2006, at San Diego, California.

_____
SEAN M. PUTTICK

*In re Blue Coat Systems, Inc. Derivative Litigation,* **Lead Case No. 5:06-cv-04809-JF (Consolidated with 5:06-cv-05453)**

COUNSEL FOR PLAINTIFFS

ROBBINS UMEDA & FINK, LLP
BRIAN J. ROBBINS
MARC M. UMEDA
STEVEN J. SIMERLEIN
610 West Ash Street, Suite 1800
San Diego, CA 92101
Telephone: 619/525-3990
Facsimile: 619/525-3991

LAW OFFICES OF BRUCE G. MURPHY
BRUCE G. MURPHY
265 Llwyds Lane
Vero Beach, FL 32963
Telephone: 828/737-0500
Facsimile: 828/737-0534

COUNSEL FOR DEFENDANTS

WILSON SONSINI GOODRICH & ROSATI
JEROME F. BIRN, JR
CAZ HASHEMI
REBECCA A. MITCHELLS
One Market, Spear Tower
Suite 3300
San Francisco, CA 94105
Phone: 415/947-2000
Fax: 415/947-2099

Counsel for defendants Brian M. Nesmith, Michael A. Malcolm, David A. De Simone, Robert P. Verheecke, Alan L. Robin, James A. Barth, David W. Hanna, Jay W. Shively, III, Timothy Howes, Andrew S. Rachleff, Stuart G. Phillips, Marc L. Andreessen, Philip J. Koen and nominal defendant Blue Coat

THE WEISER LAW FIRM, P.C.
ROBERT B. WEISER
121 N. Wayne Avenue, Suite 100
Wayne, PA 19087
Telephone: 610/225-2677
Facsimile: 610/225-2678