1  ROBBINS UMEDA & FINK LLP                    **E-filed 2/9/07**
   BRIAN J. ROBBINS (190264)
2  MARC M. UMEDA (197847)
   STEVEN J. SIMERLEIN (156979)
3  610 West Ash Street, Suite 1800
   San Diego, CA 92101
4  Telephone: 619/525-3990
   Facsimile: 619/525-3991
5  brobbins@ruflaw.com
   mumeda@ruflaw.com
6  ssimerlein@ruflaw.com

7  Co-Lead Counsel for Plaintiffs

8  [Additional counsel appear on signature page]

9                    UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                        SAN JOSE DIVISION

12 IN RE BLUE COAT SYSTEMS, INC.        )  Lead Case No. 5:06-cv-04809-JF
   DERIVATIVE LITIGATION                )  (Consolidated with 5:06-cv-05453)
13 _____     )
                                        )  Judge: Hon. Jeremy Fogel
14 This Document Relates To:            )
                                        )  STIPULATION TO CONTINUE CASE
15    ALL ACTIONS.                      )  MANAGEMENTCONFERENCE;
                                        )  [PROPOSED] ORDER THEREON
16 _____     )

17

18

19

20

21

22

23

24

25

26

27

28

STIP TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER
Lead Case No. 5:06-cv-04809-JF

1    WHEREAS, there are presently two related shareholder derivative actions against certain of

2  the officers and directors of Blue Coat Systems, Inc. ("Blue Coat") on file in this Court, which are

3  consolidated pursuant to a stipulation approved by the Court on September 22, 2006, now styled as

4  *In re Blue Coat Systems, Inc. Derivative Litigation,* Lead Case no. 5:06-cv-04809-JF.

5    WHEREAS, on September 7, 2006, Blue Coat's Board of Directors determined that Blue

6  Coat should restate its financial statements beginning in the fiscal year ended April 30, 2000 through

7  the interim financial period ended January 31, 2006.

8    WHEREAS, under a prior stipulation approved by this Court, plaintiffs are to file their

9  consolidated complaint within thirty (30) days following the date that Blue Coat first publicly

10 discloses its restated financial statements via a filing with the U.S. Securities and Exchange

11 Commission ("SEC").

12    WHEREAS, Blue Coat represents that it is diligently performing the tasks associated with

13 preparing and filing its restated financial statements, but is not presently prepared to commit to a

14 date certain by which such restated financial statements will be filed with the SEC.

15    WHEREAS, a Case Management Conference ("CMC") is currently set for February 23, 2007

16 at 10:30 a.m., and the parties wish to stipulate to and request that the CMC be continued by

17 approximately ninety days to Friday, May 25, 2007 at 10:30 a.m.

18                                              *  *  *

19    Now, therefore, the parties hereby stipulate and the Court ORDERS as follows:

20    1.    The CMC currently scheduled for February 23, 2007, together with all associated

21 deadlines and pre-conference activity, is hereby continued to Friday, May 25, 2007 at 10:30 a.m.

22 / / /

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

- 1 -

STIP TO MODIFY FILING DATE FOR CONSOLIDATED COMPLAINT; [PROPOSED] ORDER
Lead Case No. 5:06-cv-04809-JF

1    IT IS SO STIPULATED.

2    DATED: February ___, 2007           ROBBINS UMEDA & FINK, LLP
                                         BRIAN J. ROBBINS
3                                        MARC M. UMEDA
                                         STEVEN J. SIMERLEIN
4                                        610 West Ash Street, Suite 1800
                                         San Diego, CA 92101
5                                        Telephone: (619) 525-3990
                                         Facsimile: (619) 525-3991
6

7
                                         By:_____
8                                               STEVEN J. SIMERLEIN

9                                        Co-Lead Counsel for Plaintiffs

10                                       THE WEISER LAW FIRM, P.C.
                                         ROBERT B. WEISER
11                                       121 N. Wayne Avenue, Suite 100
                                         Wayne, PA 19087
12                                       Telephone: (610) 225-2677
                                         Facsimile: (610) 225-2678
13
                                         Co-Lead Counsel for Plaintiffs
14
                                         LAW OFFICES OF BRUCE G. MURPHY
15                                       BRUCE G. MURPHY
                                         265 Llwyds Lane
16                                       Vero Beach, FL 32963
                                         Telephone: (828) 737-0500
17                                       Facsimile: (828) 737-0534

18                                       Counsel for Plaintiff Kermit Baker

19   DATED: February ___, 2007           WILSON SONSINI GOODRICH & ROSATI
                                         JEROME F. BIRN, JR
20                                       CAZ HASHEMI
                                         REBECCA A. MITCHELLS
21                                       One Market, Spear Tower
                                         Suite 3300
22                                       San Francisco, CA 94105
                                         Telephone: (415) 947-2000
23                                       Facsimile: (415) 947-2099

24

25                                       By:_____
                                               REBECCA A. MITCHELLS
26
                                         Counsel for defendants Brian M. Nesmith,
27                                       Michael A. Malcolm, David A. De Simone,
                                         Robert P. Verheecke, Alan L. Robin, James A.
28                                       Barth, David W. Hanna, Jay W. Shively, III,

- 2 -
STIP TO MODIFY FILING DATE FOR CONSOLIDATED COMPLAINT; [PROPOSED] ORDER
Lead Case No. 5:06-cv-04809-JF

1   Timothy Howes, Andrew S. Rachleff, Stuart
    G. Phillips, Marc L. Andreessen, Philip J.
2   Koen and nominal defendant Blue Coat

3                  **ORDER**

4       PURSUANT TO STIPULATION, IT IS SO ORDERED.  The CMC is hereby

5   continued to May 25, 2007 at 10:30 a.m.

6

7   __2/8/07__
    DATED                           HONORABLE JEREMY FOGEL
8                                   U.S. DISTRICT COURT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                          - 3 -
STIP TO MODIFY FILING DATE FOR CONSOLIDATED COMPLAINT; [PROPOSED] ORDER
Lead Case No. 5:06-cv-04809-JF

## DECLARATION OF SERVICE

I, the undersigned, declare:

1.      That declarant is and was, at all times herein mentioned, a citizen of the United States and a resident of the County of San Diego, over the age of 18 years, and not a party to or interest in the within action; that declarant's business address is 610 West Ash Street, Suite 1800, San Diego, California 92101.

2.      That on February 7, 2007, I served the following document(s):

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER THEREON

By depositing in a box or other facility regularly maintained by Federal Express, an express service carrier, or delivered to a courier or driver authorized by said express service carrier to receive documents, in an envelope designated by the said express service carrier, with delivery fees paid or provided for, addressed to the parties below:

THE WEISER LAW FIRM, P.C.
ROBERT B. WEISER
121 N. Wayne Avenue, Suite 100
Wayne, PA 19087
Telephone:  610/225-2677
Facsimile:  610/225-2678

LAW OFFICES OF BRUCE G. MURPHY
BRUCE G. MURPHY
265 Llwyds Lane
Vero Beach, FL 32963
Telephone:  828/737-0500
Facsimile:  828/737-0534

By causing the following documents to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

robbins@ruflaw.com
umeda@ruflaw.com
ssimerlein@ruflaw.com
ccostley@wsgr.com
chashemi@wsgr.com
jbirn@wsgr.com
rmitchells@wsgr.com

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed this 7th day of February, 2007, at San Diego, California.

_____
SEAN PUTTICK