**E-filed 3/16/07**

KATTEN MUCHIN ROSENMAN, LLP
Bruce G. Vanyo (SBN: 60134)
bruce.vanyo@kattenlaw.com
Richard H. Zelichov (SBN: 193858)
richard.zelichov@kattenlaw.com
Michael N. Jones (SBN: 244320)
michael.jones1@kattenlaw.com
2029 Century Park East, Suite 2600
Los Angeles, California 90067-3012
Telephone: 310.788.4400
Facsimile: 310.788.4471

Attorneys for Individual Defendant
Robert P. Verheecke

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| In re Blue Coat Systems, Inc. Derivative Litigation | Case No. 5:06-cv-04809-JF (Consolidated with 5:06-cv-05453) |
| | Judge: Hon. Jeremy Fogel |
| This Document Relates to All Actions | **SUBSTITUTION OF ATTORNEYS** |

Individual defendant ROBERT P. VERHEECKE hereby substitutes Bruce G. Vanyo (State Bar No. 60134) and Katten Muchin Rosenman, LLP, 2029 Century Park East, Suite 2600, Los Angeles, California 90067-3012, (tel.) 310.788.4400 (fax.) 310.788.4471, as attorneys of record in place and stead of Wilson, Sonsini, Goodrich & Rosati PC, 650 Page Mill Road, Palo Alto, California 94304-1050.

I consent to the above substitution.

Dated: February ____, 2007

ROBERT P. VERHEECKE

By: [signature]

I consent to the above substitution.

Dated: ~~February~~ March 13, 2007

WILSON, SONSINI, GOODRICH & ROSATI, PC

By: [signature]
Rebecca Mitchells

Above substitution accepted.

Dated: ~~February~~ March 14, 2007

KATTEN MUCHIN ROSENMAN, LLP

By: Bruce Vanyo / [initials]
Bruce G. Vanyo

**IT IS SO ORDERED**

**Hon. Jeremy Fogel**

Dated: 3/16/07

CERTIFICATE OF SERVICE

STATE OF CALIFORNIA)

COUNTY OF LOS ANGELES)

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 2029 Century Park East, Suite 2600, Los Angeles, CA 90067-3012.

On March 15, 2007, I served the foregoing document(s): **SUBSTITUTION OF ATTORNEY** on the interested parties in this action by placing a true copy thereof enclosed in sealed envelopes, addressed as follows:

SEE ATTACHED SERVICE LIST

(X) By Mail. I am "readily familiar" with the firm's practice of collecting and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

( ) By Overnight Courier. I caused the above-referenced document(s) to be delivered to an overnight courier service (Federal Express), for delivery to the above address(es).

( ) By Facsimile. I caused the above-referenced documents(s) to be transmitted to the noted addressee(s) at the fax number as stated. Attached to this declaration is a "TX Confirmation Report" confirming the status of transmission.

( ) By Personal Service. I delivered such envelope by hand to the offices of the addressee(s) listed above.

Executed on March 15, 2007, at Los Angeles, California.

( ) STATE I declare under the penalty of perjury under the laws of the State of California that the above is true and correct.

(X ) FEDERAL I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

ELIZABETH DEMPSEY

**SERVICE LIST**
**In Re Bluecoat**
**USD #06CV04809**

| | |
|---|---|
| Brian J. Robbins<br>Marc M. Umeda<br>Steven J. Simerlein<br>610 W. Ash St., #1800<br>San Diego, CA 92101<br>P: (619) 525-3990<br>F: (619) 525-3991<br>brobbins@ruflaw.com<br>mumeda@ruflaw.com<br>ssimerlein@ruflaw.com<br><br>**Attorneys for Plaintiffs Kermit Baker and Carolyn Adduci** | Robert B. Weiser<br>The Weiser Law Firm PC<br>121 N. Wayne Ave., #100<br>Wayne, PA 19087<br>P: (610) 225-2677<br>F: (610) 225-2678<br><br>**Attorneys for Plaintiffs Kermit Baker and Carolyn Adduci** |
| Bruce G. Murphy<br>Law Offices of Bruce G.Murphy<br>265 Llwyds Lane<br>Vero Beach, FL 32963<br>P: (828) 737-0500<br>F: (828) 737-0534<br>**Attorneys for Plaintiffs Kermit Baker and Carolyn Adduci** | Jerome F. Birn<br>Caz Hashemi<br>Rebecca A. Mitchells<br>Wilson, Sonsini, Goodrich & Rosati<br>One Market Spear Tower, #3300<br>San Francisco, CA 94105<br>P: (415) 947-2000<br>F: (415) 947-2099<br>**Attorneys for Defendants Brian M. Nesmith, Michael A. Malcolm, David A. De Simone, Alan L. Robin, James A. Barth, David W. Hanna, Jay W. Shively, III, Timothy Howes, Andrew S. Rachleff, Stuart G. Phillips, Mar L. Andreessen, PhilipJ. Koen and nominal defendant Blue Coat.** |