**E-filed 5/1/07**

ROBBINS UMEDA & FINK LLP
BRIAN J. ROBBINS (190264)
MARC M. UMEDA (197847)
STEVEN J. SIMERLEIN (156979)
610 West Ash Street, Suite 1800
San Diego, CA 92101
Telephone: 619/525-3990
Facsimile: 619/525-3991
brobbins@ruflaw.com
mumeda@ruflaw.com
ssimerlein@ruflaw.com

Co-Lead Counsel for Plaintiffs

[Additional counsel appear on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE BLUE COAT SYSTEMS, INC. DERIVATIVE LITIGATION | Lead Case No. 5:06-cv-04809-JF (Consolidated with 5:06-cv-05453) |
| This Document Relates To:<br><br>ALL ACTIONS. | Judge: Hon. Jeremy Fogel<br><br>STIPULATION ESTABLISHING REVISED FILING DATE FOR CONSOLIDATED COMPLAINT AND RELATED MATTERS; [PROPOSED] ORDER THEREON |

1     WHEREAS, there are presently two related shareholder derivative actions against certain of the officers and directors of Blue Coat Systems, Inc. ("Blue Coat") on file in this Court, which are consolidated pursuant to a stipulation approved by the Court on September 22, 2006, now styled as *In re Blue Coat Systems, Inc. Derivative Litigation*, Lead Case no. 5:06-cv-04809-JF;

    WHEREAS, under a stipulation and order of this Court entered on October 30, 2006, plaintiffs must file their consolidated complaint within thirty (30) days following the date that Blue Coat first publicly disclosed its restated financial statements via a filing with the U.S. Securities and Exchange Commission ("SEC");

    WHEREAS, on March 28, 2007, Blue Coat filed with the U.S. Securities and Exchange Commission ("SEC") its Form 10-K for the fiscal year ended April 30, 2006, and its quarterly reports on Form 10-Q for the first, second and third quarters of fiscal year 2007, and such filings contain financial statements that were restated as a result of Blue Coat's internal review of its historical stock option granting practices;

    WHEREAS, to facilitate discussions between the parties with a view toward reaching a possible informal settlement of the litigation, the parties wish to entered into a stipulation to be submitted to this Court for approval that would: (1) extend the deadline for plaintiffs to file their consolidated complaint by 90 days to July 26, 2007; and (2) continue the Case Management Conference currently scheduled to occur on May 25, 2007, by approximately 90 days as well.

    \* \* \*

Now, therefore, the parties hereby stipulate and the Court ORDERS as follows:

1.     Plaintiffs shall file their consolidated complaint no later than July 26, 2007.

2.     The dates for defendants to respond to the consolidated complaint and subsequent briefing activity established in Section IV of the stipulation approved by this Court on September 22, 2006 shall remain in effect.

3.     The CMC currently set for May 25, 2007, along with all associated activities and deadlines, is hereby taken off calendar. The CMC is hereby rescheduled to August 31, 2007, at 10:30 AM

///

- 1 -

4.     All other terms and conditions of the stipulation approved on September 22, 2006 by this Court shall remain in full force and effect.

IT IS SO STIPULATED.

DATED: April 27, 2007

ROBBINS UMEDA & FINK, LLP
BRIAN J. ROBBINS
MARC M. UMEDA
STEVEN J. SIMERLEIN
610 West Ash Street, Suite 1800
San Diego, CA 92101
Telephone: 619/525-3990
Facsimile: 619/525-3991

By: _____
STEVEN J. SIMERLEIN

Co-Lead Counsel for plaintiffs

THE WEISER LAW FIRM, P.C.
ROBERT B. WEISER
121 N. Wayne Avenue, Suite 100
Wayne, PA 19087
Telephone: 610/225-2677
Facsimile: 610/225-2678

Co-Lead Counsel for plaintiffs

LAW OFFICES OF BRUCE G. MURPHY
BRUCE G. MURPHY
265 Llwyds Lane
Vero Beach, FL 32963
Telephone: 828/737-0500
Facsimile: 828/737-0534

Counsel for plaintiff Kermit Baker

DATED: April 27, 2007

WILSON SONSINI GOODRICH & ROSATI
JEROME F. BIRN, JR
CAZ HASHEMI
REBECCA A. MITCHELLS
One Market, Spear Tower
Suite 3300
San Francisco, CA 94105
Telephone: 415/947-2000
Facsimile: 415/947-2099

By: _____
REBECCA A. MITCHELLS

- 2 -
STIP TO MODIFY FILING DATE FOR CONSOLIDATED COMPLAINT; [PROPOSED] ORDER
Lead Case No. 5:06-cv-04809-JF

|   |   |
|---|---|
|   | Counsel for defendants Brian M. Nesmith, Michael A. Malcolm, David A. De Simone, Alan L. Robin, James A. Barth, David W. Hanna, Jay W. Shively, III, Timothy Howes, Andrew S. Rachleff, Stuart G. Phillips, Marc L. Andreessen, Philip J. Koen and nominal defendant Blue Coat |
| DATED: April 27, 2007 | KATTEN MUCHIN ROSENMAN, LLP<br>BRUCE G. VANYO<br>2029 Century Park East, Suite 2600<br>Los Angeles, CA 90067<br>Telephone: (310) 788-4400<br>Facsimile: (310) 788-4471 |
|   | By: /s/ Bruce Vanyo<br>BRUCE G. VANYO |
|   | Counsel for defendant Robert P. Verheecke |

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

5/1/07
DATED

HONORABLE JEREMY FOGEL
U.S. DISTRICT COURT JUDGE

STIP TO MODIFY FILING DATE FOR CONSOLIDATED COMPLAINT; [PROPOSED] ORDER
Lead Case No. 5:06-cv-04809-JF

## DECLARATION OF SERVICE

I, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, a citizen of the United States and a resident of the County of San Diego, over the age of 18 years, and not a party to or interest in the within action; that declarant's business address is 610 West Ash Street, Suite 1800, San Diego, California 92101.

2. That on April 27, 2007, I served the following document(s):

STIPULATION ESTABLISHING REVISED FILING DATE FOR CONSOLIDATED COMPLAINT AND RELATED MATTERS, [PROPOSED] ORDER THEREON

By depositing in a box or other facility regularly maintained by Federal Express, an express service carrier, or delivered to a courier or driver authorized by said express service carrier to receive documents, in an envelope designated by the said express service carrier, with delivery fees paid or provided for, addressed to the parties below:

THE WEISER LAW FIRM, P.C.
ROBERT B. WEISER
121 N. Wayne Avenue, Suite 100
Wayne, PA 19087
Telephone: 610/225-2677
Facsimile: 610/225-2678

LAW OFFICES OF BRUCE G. MURPHY
BRUCE G. MURPHY
265 Llwyds Lane
Vero Beach, FL 32963
Telephone: 828/737-0500
Facsimile: 828/737-0534

By causing the following documents to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

robbins@ruflaw.com
umeda@ruflaw.com
ssimerlein@ruflaw.com
ccostley@wsgr.com
chashemi@wsgr.com
jbirn@wsgr.com
rmitchells@wsgr.com
bruce.vanyo@kattenlaw.com
richard.zelichov@kattenlaw.com

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 27th day of April, 2007, at San Diego, California.

_____
SEAN PUTTICK