**E-filed 7/30/07**

ROBBINS UMEDA & FINK LLP
BRIAN J. ROBBINS (190264)
MARC M. UMEDA (197847)
STEVEN J. SIMERLEIN (156979)
610 West Ash Street, Suite 1800
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991
brobbins@ruflaw.com
mumeda@ruflaw.com
ssimerlein@ruflaw.com

Co-Lead Counsel for Plaintiffs

[Additional counsel appear on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE BLUE COAT SYSTEMS, INC. DERIVATIVE LITIGATION<br><br>――――――――――――――――――――<br><br>This Document Relates To:<br><br>    ALL ACTIONS.<br>――――――――――――――――――――| )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Lead Case No. 5:06-cv-04809-JF<br>(Consolidated with 5:06-cv-05453)<br><br>Judge:  Hon. Jeremy Fogel<br><br>STIPULATION ESTABLISHING REVISED FILING  DATE  FOR  CONSOLIDATED COMPLAINT AND RELATED MATTERS; [PROPOSED] ORDER THEREON |

1       WHEREAS, there are presently two related shareholder derivative actions against certain of

2 the officers and directors of Blue Coat Systems, Inc. ("Blue Coat") on file in this Court, which are

3 consolidated pursuant to a stipulation approved by the Court on September 22, 2006, now styled as

4 *In re Blue Coat Systems, Inc. Derivative Litigation*, Lead Case no. 5:06-cv-04809-JF;

5       WHEREAS, under a stipulation and order of this Court entered on May 1, 2007, plaintiffs

6 must file their consolidated complaint on July 26, 2007;

7       WHEREAS, the parties have continued to engage in informal settlement discussions and

8 desire to continue that process, and as a result, the parties wish to enter into a stipulation to be

9 submitted to this Court for approval that would: (1) extend the deadline for plaintiffs to file their

10 consolidated complaint to August 31, 2007; and (2) continue the Case Management Conference

11 currently set for August 31, 2007 at 10:30 a.m. to on or about September 28, 2007 at 10:30 a.m.

12                                   \*   \*   \*

13       Now, therefore, the parties hereby stipulate and the Court ORDERS as follows:

14       1.      Plaintiffs shall file their consolidated complaint no later than August 31, 2007.

15       2.      The dates for defendants to respond to the consolidated complaint and subsequent

16 briefing activity established in Section IV of the stipulation approved by this Court on

17 September 22, 2006 shall remain in effect.

18       3.      The CMC currently set for August 31, 2007 at 10:30 a.m., along with all associated

19 activities and deadlines, is hereby taken off calendar. The CMC is hereby rescheduled to

20 September 28, 2007 at 10:30 a.m.

21       4.      All other terms and conditions of the stipulation approved on September 22, 2006 by

22 this Court shall remain in full force and effect.

23       IT IS SO STIPULATED.

24 DATED:  July 25, 2007                ROBBINS UMEDA & FINK, LLP

25                                      BRIAN J. ROBBINS<br>MARC M. UMEDA

26                                      STEVEN J. SIMERLEIN<br>610 West Ash Street, Suite 1800

27                                      San Diego, CA 92101<br>Telephone: (619) 525-3990

28                                      Facsimile:  (619) 525-3991

STIP TO MODIFY FILING DATE FOR CONSOLIDATED COMPLAINT; [PROPOSED] ORDER
Lead Case No. 5:06-cv-04809-JF

1

2    By:_____
                    STEVEN J. SIMERLEIN

3    THE WEISER LAW FIRM, P.C.
     ROBERT B. WEISER
4    121 N. Wayne Avenue, Suite 100
     Wayne, PA 19087
5    Telephone: (610) 225-2677
     Facsimile:  (610) 225-2678
6
     Co-Lead Counsel for plaintiffs
7
     LAW OFFICES OF BRUCE G. MURPHY
8    BRUCE G. MURPHY
     265 Llwyds Lane
9    Vero Beach, FL 32963
     Telephone: (828) 737-0500
10   Facsimile:  (828) 737-0534

11   Counsel for plaintiff Kermit Baker

12

13   DATED:  July 25, 2007            WILSON SONSINI GOODRICH & ROSATI
                                      JEROME F. BIRN, JR
14                                    CAZ HASHEMI
                                      REBECCA A. MITCHELLS
15                                    One Market, Spear Tower
                                      Suite 3300
16                                    San Francisco, CA 94105
                                      Telephone: (415) 947-2000
17                                    Facsimile:  (415) 947-2099

18
                                      By:_____
19                                            REBECCA A. MITCHELLS

20                                    Counsel for defendants Brian M. Nesmith,
                                      Michael A. Malcolm, David A. De Simone,
21                                    Alan L. Robin, James A. Barth, David W.
                                      Hanna, Jay W. Shively, III, Timothy Howes,
22                                    Andrew S. Rachleff, Stuart G. Phillips, Marc
                                      L. Andreessen, Philip J. Koen and nominal
23                                    defendant Blue Coat

24   DATED:  July 25, 2007            KATTEN MUCHIN ROSENMAN, LLP
                                      BRUCE G. VANYO
25                                    2029 Century Park East, Suite 2600
                                      Los Angeles, CA 90067
26                                    Telephone: (310) 788-4400
                                      Facsimile: (310) 788-4471
27

28

- 2 -

STIP TO MODIFY FILING DATE FOR CONSOLIDATED COMPLAINT; [PROPOSED] ORDER
Lead Case No. 5:06-cv-04809-JF

By:_____

BRUCE G. VANYO

Counsel for Defendant Robert P. Verheecke

### **ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

7/30/07
_____                    _____

DATED                                   HONORABLE JEREMY FOGEL
                                        U.S. DISTRICT COURT JUDGE

STIP TO MODIFY FILING DATE FOR CONSOLIDATED COMPLAINT; [PROPOSED] ORDER
Lead Case No. 5:06-cv-04809-JF

1

2                                  By:_____
                                         STEVEN J. SIMERLEIN

3                                  THE WEISER LAW FIRM, P.C.
                                  ROBERT B. WEISER

4                                  121 N. Wayne Avenue, Suite 100
                                  Wayne, PA 19087

5                                  Telephone: (610) 225-2677
                                  Facsimile:  (610) 225-2678

6

7                                  Co-Lead Counsel for plaintiffs

8                                  LAW OFFICES OF BRUCE G. MURPHY
                                  BRUCE G. MURPHY

9                                  265 Llwyds Lane
                                  Vero Beach, FL 32963

10                                Telephone: (828) 737-0500
                                Facsimile:  (828) 737-0534

11                                Counsel for plaintiff Kermit Baker

12

13  DATED:  July 25, 2007              WILSON SONSINI GOODRICH & ROSATI
                                  JEROME F. BIRN, JR

14                                  CAZ HASHEMI
                                  REBECCA A. MITCHELLS

15                                One Market, Spear Tower
                                Suite 3300

16                                San Francisco, CA 94105
                                Telephone: (415) 947-2000

17                                Facsimile:  (415) 947-2099

18                                By:_____

19                                      REBECCA A. MITCHELLS

20                                Counsel for defendants Brian M. Nesmith,
                                Michael A. Malcolm, David A. De Simone,

21                                Alan L. Robin, James A. Barth, David W.
                                Hanna, Jay W. Shively, III, Timothy Howes,

22                                Andrew S. Rachleff, Stuart G. Phillips, Marc
                                L. Andreessen, Philip J. Koen and nominal

23                                defendant Blue Coat

24  DATED:  July 25, 2007              KATTEN MUCHIN ROSENMAN, LLP
                                BRUCE G. VANYO

25                                2029 Century Park East, Suite 2600

26                                Los Angeles, CA 90067
                                Telephone: (310) 788-4400

27                                Facsimile:  (310) 788-4471

28

- 2 -

1
2          By: _Bruce Vanyo/ED_____
                    BRUCE G. VANYO
3
           Counsel for Defendant Robert P. Verheecke
4
                          **ORDER**
5
           PURSUANT TO STIPULATION, IT IS SO ORDERED.
6

7    _____          _____
8    DATED                         HONORABLE JEREMY FOGEL
                                   U.S. DISTRICT COURT JUDGE
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
                              - 3 -
     STIP TO MODIFY FILING DATE FOR CONSOLIDATED COMPLAINT; [PROPOSED] ORDER
     Lead Case No. 5:06-cv-04809-JF

## DECLARATION OF SERVICE

I, the undersigned, declare:

1.     That declarant is and was, at all times herein mentioned, a citizen of the United States and a resident of the County of San Diego, over the age of 18 years, and not a party to or interest in the within action; that declarant's business address is 610 West Ash Street, Suite 1800, San Diego, California 92101.

2.     That on July 26, 2007, I  served the following document(s):

STIPULATION ESTABLISHING REVISED FILING DATE FOR CONSOLIDATED COMPLAINT AND RELATED MATTERS; [PROPOSED] ORDER THEREON

By depositing in a box or other facility regularly maintained by Federal Express, an express service carrier, or delivered to a courier or driver authorized by said express service carrier to receive documents, in an envelope designated by the said express service carrier, with delivery fees paid or provided for, addressed to the parties below:

THE WEISER LAW FIRM, P.C.
ROBERT B. WEISER
121 N. Wayne Avenue, Suite 100
Wayne, PA 19087
Telephone:  610/225-2677
Facsimile:  610/225-2678

LAW OFFICES OF BRUCE G. MURPHY
BRUCE G. MURPHY
265 Llwyds Lane
Vero Beach, FL 32963
Telephone:  828/737-0500
Facsimile: 828/737-0534

By causing the following documents to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

robbins@ruflaw.com
umeda@ruflaw.com
ssimerlein@ruflaw.com
ccostley@wsgr.com
chashemi@wsgr.com
jbirn@wsgr.com
rmitchells@wsgr.com

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed this 26th day of July, 2007, at San Diego, California.

_____
SEAN PUTTICK