**E-filed 9/6/07**

ROBBINS UMEDA & FINK LLP
BRIAN J. ROBBINS (190264)
MARC M. UMEDA (197847)
STEVEN J. SIMERLEIN (156979)
610 West Ash Street, Suite 1800
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991
brobbins@ruflaw.com
mumeda@ruflaw.com
ssimerlein@ruflaw.com

Co-Lead Counsel for Plaintiffs

[Additional counsel appear on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE BLUE COAT SYSTEMS, INC. DERIVATIVE LITIGATION | Lead Case No. 5:06-cv-04809-JF (Consolidated with 5:06-cv-05453) |
| This Document Relates To: ALL ACTIONS. | Judge: Hon. Jeremy Fogel<br><br>STIPULATION ESTABLISHING REVISED FILING DATE FOR CONSOLIDATED COMPLAINT AND RELATED MATTERS; [~~PROPOSED~~] ORDER THEREON |

1    WHEREAS, there are presently two related shareholder derivative actions against certain of the officers and directors of Blue Coat Systems, Inc. ("Blue Coat") on file in this Court, which are consolidated pursuant to a stipulation approved by the Court on September 22, 2006, now styled as *In re Blue Coat Systems, Inc. Derivative Litigation*, Lead Case no. 5:06-cv-04809-JF;

    WHEREAS, the parties have agreed to a private mediation before a JAMS mediator currently scheduled for September 26, 2007 and, as a result, wish to enter into a stipulation to be submitted to this Court for approval that would: (1) extend the deadline for plaintiffs to file their consolidated complaint to September 28, 2007; and (2) continue the Case Management Conference currently set for September 28, 2007 at 10:30 a.m. to on or about October 26, 2007 at 10:30 a.m.

\* \* \*

Now, therefore, the parties hereby stipulate and the Court ORDERS as follows:

1. Plaintiffs shall file their consolidated complaint no later than September 28, 2007.

2. The dates for defendants to respond to the consolidated complaint and subsequent briefing activity established in Section IV of the stipulation approved by this Court on September 22, 2006 shall remain in effect.

3. The CMC currently set for September 28, 2007 at 10:30 a.m., along with all associated activities and deadlines, is hereby taken off calendar. The CMC is hereby rescheduled to October 26, 2007 at 10:30 a.m.

4. All other terms and conditions of the stipulation approved on September 22, 2006 by this Court shall remain in full force and effect.

IT IS SO STIPULATED.

DATED: August 30, 2007

ROBBINS UMEDA & FINK, LLP
BRIAN J. ROBBINS
MARC M. UMEDA
STEVEN J. SIMERLEIN
610 West Ash Street, Suite 1800
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991

By: /s/ Steven J. Simerlein
STEVEN J. SIMERLEIN

```
 1                                    THE WEISER LAW FIRM, P.C.
                                      ROBERT B. WEISER
 2                                    121 N. Wayne Avenue, Suite 100
                                      Wayne, PA 19087
 3                                    Telephone: (610) 225-2677
                                      Facsimile:  (610) 225-2678
 4
                                      Co-Lead Counsel for plaintiffs
 5
                                      LAW OFFICES OF BRUCE G. MURPHY
 6                                    BRUCE G. MURPHY
                                      265 Llwyds Lane
 7                                    Vero Beach, FL 32963
                                      Telephone: (828) 737-0500
 8                                    Facsimile:  (828) 737-0534

 9                                    Counsel for plaintiff Kermit Baker

10

11  DATED:  August 30, 2007           WILSON SONSINI GOODRICH & ROSATI
                                      JEROME F. BIRN, JR
12                                    CAZ HASHEMI
                                      REBECCA A. MITCHELLS
13                                    One Market, Spear Tower
                                      Suite 3300
14                                    San Francisco, CA 94105
                                      Telephone: (415) 947-2000
15                                    Facsimile:  (415) 947-2099

16
                                      By: _____
17                                            REBECCA A. MITCHELLS

18                                    Counsel for defendants Brian M. Nesmith,
                                      Michael A. Malcolm, David A. De Simone,
19                                    Alan L. Robin, James A. Barth, David W.
                                      Hanna, Jay W. Shively, III, Timothy Howes,
20                                    Andrew S. Rachleff, Stuart G. Phillips, Marc
                                      L. Andreessen, Philip J. Koen and nominal
21                                    defendant Blue Coat

22  DATED:  August 30, 2007           KATTEN MUCHIN ROSENMAN, LLP
                                      BRUCE G. VANYO
23                                    2029 Century Park East, Suite 2600
                                      Los Angeles, CA 90067
24                                    Telephone: (310) 788-4400
25                                    Facsimile: (310) 788-4471
                                                         (FOR AND
26                                                       BY PERMISSION)
                                      By: _____
27                                            BRUCE G. VANYO

28
                                    - 2 -
    STIP TO MODIFY FILING DATE FOR CONSOLIDATED COMPLAINT; [PROPOSED] ORDER
    Lead Case No. 5:06-cv-04809-JF
```

Counsel for Defendant Robert P. Verheecke

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

9/5/07
DATED

HONORABLE JEREMY FOGEL
U.S. DISTRICT COURT JUDGE

277610_1

- 3 -

STIP TO MODIFY FILING DATE FOR CONSOLIDATED COMPLAINT; [PROPOSED] ORDER
Lead Case No. 5:06-cv-04809-JF

# DECLARATION OF SERVICE

I, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, a citizen of the United States and a resident of the County of San Diego, over the age of 18 years, and not a party to or interest in the within action; that declarant's business address is 610 West Ash Street, Suite 1800, San Diego, California 92101.

2. That on August 30, 2007, I served the following document(s):

STIPULATION ESTABLISHING REVISED FILING DATE FOR CONSOLIDATED COMPLAINT AND RELATED MATTERS; [PROPOSED] ORDER THEREON

By depositing in a box or other facility regularly maintained by Federal Express, an express service carrier, or delivered to a courier or driver authorized by said express service carrier to receive documents, in an envelope designated by the said express service carrier, with delivery fees paid or provided for, addressed to the parties below:

THE WEISER LAW FIRM, P.C.
ROBERT B. WEISER
121 N. Wayne Avenue, Suite 100
Wayne, PA 19087
Telephone: 610/225-2677
Facsimile: 610/225-2678

LAW OFFICES OF BRUCE G. MURPHY
BRUCE G. MURPHY
265 Llwyds Lane
Vero Beach, FL 32963
Telephone: 828/737-0500
Facsimile: 828/737-0534

By causing the following documents to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

robbins@ruflaw.com
umeda@ruflaw.com
ssimerlein@ruflaw.com
ccostley@wsgr.com
chashemi@wsgr.com
jbirn@wsgr.com
rmitchells@wsgr.com

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 30th day of August, 2007, at San Diego, California.

_____
SEAN PUTTICK