**E-filed 10/3/07**

ROBBINS UMEDA & FINK LLP
BRIAN J. ROBBINS (190264)
MARC M. UMEDA (197847)
STEVEN J. SIMERLEIN (156979)
610 West Ash Street, Suite 1800
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991
brobbins@ruflaw.com
mumeda@ruflaw.com
ssimerlein@ruflaw.com

Co-Lead Counsel for Plaintiffs

[Additional counsel appear on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE BLUE COAT SYSTEMS, INC. DERIVATIVE LITIGATION | Lead Case No. 5:06-cv-04809-JF (Consolidated with 5:06-cv-05453) |
| This Document Relates To: ALL ACTIONS. | Judge: Hon. Jeremy Fogel<br><br>STIPULATION ESTABLISHING REVISED FILING DATE FOR CONSOLIDATED COMPLAINT; [~~PROPOSED~~] ORDER THEREON |

STIP TO MODIFY FILING DATE FOR CONSOLIDATED COMPLAINT; [PROPOSED] ORDER
Lead Case No. 5:06-cv-04809-JF

WHEREAS, there are presently two related shareholder derivative actions against certain of the officers and directors of Blue Coat Systems, Inc. ("Blue Coat") on file in this Court, which are consolidated pursuant to a stipulation approved by the Court on September 22, 2006, now styled as *In re Blue Coat Systems, Inc. Derivative Litigation*, Lead Case no. 5:06-cv-04809-JF;

WHEREAS, on September 26, 2007 the parties took part in a mediation of the action before JAMS mediator the Hon. William J. Cahill (Ret.). In order to allow the parties additional time to continue their mediation efforts the parties wish to enter into a stipulation to be submitted to this Court for approval that would: (1) extend the deadline for plaintiffs to file their consolidated complaint to October 26, 2007; and (2) continue the Case Management Conference currently set for October 26, 2007 at 10:30 a.m. to on or about November 30, 2007 at 10:30 a.m.

\* \* \*

Now, therefore, the parties hereby stipulate and the Court ORDERS as follows:

1. Plaintiffs shall file their consolidated complaint no later than October 26, 2007.

2. The dates for defendants to respond to the consolidated complaint and subsequent briefing activity established in Section IV of the stipulation approved by this Court on September 22, 2006 shall remain in effect.

3. The CMC currently set for October 26, 2007 at 10:30 a.m., along with all associated activities and deadlines, is hereby taken off calendar. The CMC is hereby rescheduled to November 30, 2007 at 10:30 a.m.

4. All other terms and conditions of the stipulation approved on September 22, 2006 by this Court shall remain in full force and effect.

IT IS SO STIPULATED.

DATED: September 27, 2007

ROBBINS UMEDA & FINK, LLP
BRIAN J. ROBBINS
MARC M. UMEDA
STEVEN J. SIMERLEIN
610 West Ash Street, Suite 1800
San Diego, CA 92101
Telephone: (619) 525-3990

- 1 -

STIP TO MODIFY FILING DATE FOR CONSOLIDATED COMPLAINT; [PROPOSED] ORDER
Lead Case No. 5:06-cv-04809-JF

```
 1                                              Facsimile: (619) 525-3991
 2                                              By: /s/ Steven J. Simerlein
                                                    STEVEN J. SIMERLEIN
 3
                                                THE WEISER LAW FIRM, P.C.
 4                                              ROBERT B. WEISER
                                                121 N. Wayne Avenue, Suite 100
 5                                              Wayne, PA 19087
                                                Telephone: (610) 225-2677
 6                                              Facsimile:  (610) 225-2678

 7                                              Co-Lead Counsel for plaintiffs

 8                                              LAW OFFICES OF BRUCE G. MURPHY
                                                BRUCE G. MURPHY
 9                                              265 Llwyds Lane
                                                Vero Beach, FL 32963
10                                              Telephone: (828) 737-0500
                                                Facsimile:  (828) 737-0534
11
                                                Counsel for plaintiff Kermit Baker
12
     DATED: September 28, 2007                  WILSON SONSINI GOODRICH & ROSATI
13                                              JEROME F. BIRN, JR
                                                CAZ HASHEMI
14                                              REBECCA A. MITCHELLS
                                                One Market, Spear Tower
15                                              Suite 3300
                                                San Francisco, CA 94105
16                                              Telephone: (415) 947-2000
                                                Facsimile: (415) 947-2099
17
                                                By: /s/ Rebecca A. Mitchells
18                                                  REBECCA A. MITCHELLS

19                                              Counsel for defendants Brian M. Nesmith,
                                                Michael A. Malcolm, David A. De Simone,
20                                              Alan L. Robin, James A. Barth, David W.
                                                Hanna, Jay W. Shively, III, Timothy Howes,
21                                              Andrew S. Rachleff, Stuart G. Phillips, Marc
                                                L. Andreessen, Philip J. Koen and nominal
22                                              defendant Blue Coat

23   DATED: September 27, 2007                  KATTEN MUCHIN ROSENMAN, LLP
                                                BRUCE G. VANYO
24                                              2029 Century Park East, Suite 2600
                                                Los Angeles, CA 90067
25                                              Telephone: (310) 788-4400
                                                Facsimile: (310) 788-4471
26
                                                                    (FOR AND BY
27                                              By: /s/                PERMISSION)
                                                    BRUCE G. VANYO
28
                                          - 2 -
     STIP TO MODIFY FILING DATE FOR CONSOLIDATED COMPLAINT; [PROPOSED] ORDER
     Lead Case No. 5:06-cv-04809-JF
```

1 | Counsel for Defendant Robert P. Verheecke

2 | **ORDER**

3 | PURSUANT TO STIPULATION, IT IS SO ORDERED.

4 | 10/2/07

5 | DATED                    HONORABLE JEREMY FOGEL
                             U.S. DISTRICT COURT JUDGE

STIP TO MODIFY FILING DATE FOR CONSOLIDATED COMPLAINT; [PROPOSED] ORDER
Lead Case No. 5:06-cv-04809-JF

## CERTIFICATE OF SERVICE

I hereby certify a true and exact copy of the Stipulation Establishing Revised Filing Date for Consolidated Complaint; [Proposed] Order Thereon has been served on all filing users through the Court's electronic filing system on this the 28th day of September, 2007.

Sean M. Puttick