*e-filed 10/29/07

1 ROBBINS UMEDA & FINK LLP
BRIAN J. ROBBINS (190264)
2 MARC M. UMEDA (197847)
STEVEN J. SIMERLEIN (156979)
3 610 West Ash Street, Suite 1800
San Diego, CA 92101
4 Telephone: (619) 525-3990
Facsimile: (619) 525-3991
5 brobbins@ruflaw.com
mumeda@ruflaw.com
6 ssimerlein@ruflaw.com

7 Co-Lead Counsel for Plaintiffs

8 [Additional counsel appear on signature page]

9 UNITED STATES DISTRICT COURT

10 NORTHERN DISTRICT OF CALIFORNIA

11 SAN JOSE DIVISION

| | |
|---|---|
| IN RE BLUE COAT SYSTEMS, INC. DERIVATIVE LITIGATION | Lead Case No. 5:06-cv-04809-JF (Consolidated with 5:06-cv-05453) |
| This Document Relates To:<br><br>ALL ACTIONS. | Judge: Hon. Jeremy Fogel<br><br>STIPULATION ESTABLISHING REVISED FILING DATE FOR CONSOLIDATED COMPLAINT; [~~PROPOSED~~] ORDER THEREON |

STIP TO MODIFY FILING DATE FOR CONSOLIDATED COMPLAINT; [PROPOSED] ORDER
Lead Case No. 5:06-cv-04809-JF

1     WHEREAS, there are presently two related shareholder derivative actions against certain of the officers and directors of Blue Coat Systems, Inc. ("Blue Coat") on file in this Court, which are consolidated pursuant to a stipulation approved by the Court on September 22, 2006, now styled as *In re Blue Coat Systems, Inc. Derivative Litigation*, Lead Case no. 5:06-cv-04809-JF;

    WHEREAS, on September 26, 2007 the parties participated in a mediation before JAMS mediator Hon. William J. Cahill (Ret.). To allow the parties additional time to continue their mediation efforts the parties wish to enter into a stipulation to be submitted to this Court for approval that would extend the deadline for plaintiffs to file their consolidated complaint to November 26, 2007.

* * *

Now, therefore, the parties hereby stipulate and the Court ORDERS as follows:

1. Plaintiffs shall file their consolidated complaint no later than November 26, 2007.

2. The Case Management Conference currently set for November 30, 2007 at 10:30 a.m., along with all associated activities and deadlines, is hereby taken off calendar. The CMC is hereby rescheduled to January 11, 2008 at 10:30 a.m.

3. The dates for defendants to respond to the consolidated complaint and subsequent briefing activity established in Section IV of the stipulation approved by this Court on September 22, 2006 shall remain in effect.

4. All other terms and conditions of the stipulation approved on September 22, 2006 by this Court shall remain in full force and effect.

IT IS SO STIPULATED.

DATED: October 24, 2007

ROBBINS UMEDA & FINK, LLP
BRIAN J. ROBBINS
MARC M. UMEDA
STEVEN J. SIMERLEIN
610 West Ash Street, Suite 1800
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991

By: _____
    STEVEN J. SIMERLEIN

- 1 -

| | |
|---|---|
| 1 | THE WEISER LAW FIRM, P.C. |
| 2 | ROBERT B. WEISER |
|   | 121 N. Wayne Avenue, Suite 100 |
| 3 | Wayne, PA 19087 |
|   | Telephone: (610) 225-2677 |
| 4 | Facsimile: (610) 225-2678 |
| 5 | Co-Lead Counsel for plaintiffs |
| 6 | LAW OFFICES OF BRUCE G. MURPHY |
|   | BRUCE G. MURPHY |
| 7 | 265 Llwyds Lane |
|   | Vero Beach, FL 32963 |
| 8 | Telephone: (828) 737-0500 |
|   | Facsimile: (828) 737-0534 |
| 9 | DATED: October 24, 2007        Counsel for plaintiff Kermit Baker |
| 10 | WILSON SONSINI GOODRICH & ROSATI |
|    | JEROME F. BIRN, JR |
| 11 | CAZ HASHEMI |
|    | REBECCA A. MITCHELLS |
| 12 | One Market, Spear Tower |
|    | Suite 3300 |
| 13 | San Francisco, CA 94105 |
|    | Telephone: (415) 947-2000 |
| 14 | Facsimile: (415) 947-2099 |
| 15 | By: _____ |
|    |     REBECCA A. MITCHELLS |
| 16 | |
| 17 | Counsel for defendants Brian M. Nesmith, Michael A. Malcolm, David A. De Simone, Alan L. Robin, James A. Barth, David W. Hanna, Jay W. Shively, III, Timothy Howes, Andrew S. Rachleff, Stuart G. Phillips, Marc L. Andreessen, Philip J. Koen and nominal defendant Blue Coat |
| 20 | DATED: October 24, 2007 |
| 21 | KATTEN MUCHIN ROSENMAN, LLP |
|    | BRUCE G. VANYO |
| 22 | RICHARD H. ZELICHOV |
|    | 2029 Century Park East, Suite 2600 |
| 23 | Los Angeles, CA 90067 |
|    | Telephone: (310) 788-4400 |
| 24 | Facsimile: (310) 788-4471 |
| 25 | By: _____ |
|    |     BRUCE G. VANYO |
| 27 | Counsel for Defendant Robert P. Verheecke |
| 28 | **ORDER** |

- 2 -

STIP TO MODIFY FILING DATE FOR CONSOLIDATED COMPLAINT; [PROPOSED] ORDER
Lead Case No. 5:06-cv-04809-JF

- 3 -

1
2  PURSUANT TO STIPULATION, IT IS SO ORDERED.
3  10/29/07                                    /s/ Jeremy Fogel
   DATED                                       HONORABLE JEREMY FOGEL
4                                              U.S. DISTRICT COURT JUDGE
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 3 -
STIP TO MODIFY FILING DATE FOR CONSOLIDATED COMPLAINT; [PROPOSED] ORDER
Lead Case No. 5:06-cv-04809-JF

## DECLARATION OF SERVICE

I, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, a citizen of the United States and a resident of the County of San Diego, over the age of 18 years, and not a party to or interest in the within action; that declarant's business address is 610 West Ash Street, Suite 1800, San Diego, California 92101.

2. That on October 25, 2007, I served the following document(s):

STIPULATION ESTABLISHING REVISED FILING DATE FOR CONSOLIDATED COMPLAINT AND RELATED MATTERS; [PROPOSED] ORDER THEREON

By depositing in a box or other facility regularly maintained by Federal Express, an express service carrier, or delivered to a courier or driver authorized by said express service carrier to receive documents, in an envelope designated by the said express service carrier, with delivery fees paid or provided for, addressed to the parties below:

THE WEISER LAW FIRM, P.C.
ROBERT B. WEISER
121 N. Wayne Avenue, Suite 100
Wayne, PA 19087
Telephone: 610/225-2677
Facsimile: 610/225-2678

LAW OFFICES OF BRUCE G. MURPHY
BRUCE G. MURPHY
265 Llwyds Lane
Vero Beach, FL 32963
Telephone: 828/737-0500
Facsimile: 828/737-0534

By causing the following documents to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

robbins@ruflaw.com
umeda@ruflaw.com
ssimerlein@ruflaw.com
ccostley@wsgr.com
chashemi@wsgr.com
jbirn@wsgr.com
rmitchells@wsgr.com

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 25th day of October, 2007, at San Diego, California.

SEAN PUTTICK