**E-filed 11/29/07**

ROBBINS UMEDA & FINK LLP
BRIAN J. ROBBINS (190264)
MARC M. UMEDA (197847)
STEVEN J. SIMERLEIN (156979)
610 West Ash Street, Suite 1800
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991
brobbins@ruflaw.com
mumeda@ruflaw.com
ssimerlein@ruflaw.com

Co-Lead Counsel for Plaintiffs

[Additional counsel appear on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE BLUE COAT SYSTEMS, INC. DERIVATIVE LITIGATION | Lead Case No. 5:06-cv-04809-JF (Consolidated with 5:06-cv-05453) |
| This Document Relates To:<br><br>ALL ACTIONS. | Judge: Hon. Jeremy Fogel<br><br>STIPULATION ESTABLISHING REVISED FILING DATE FOR CONSOLIDATED COMPLAINT; [~~PROPOSED~~] ORDER THEREON |

1  WHEREAS, there are presently two related shareholder derivative actions against certain of the officers and directors of Blue Coat Systems, Inc. ("Blue Coat") on file in this Court, which are consolidated pursuant to a stipulation approved by the Court on September 22, 2006, now styled as *In re Blue Coat Systems, Inc. Derivative Litigation*, Lead Case no. 5:06-cv-04809-JF;

WHEREAS, on September 26, 2007 the parties participated in a mediation before JAMS mediator Hon. William J. Cahill (Ret.);

WHEREAS, certain parties are attempting to schedule a further mediation to take place in early 2008. While the parties intend to continue their efforts to mediate this litigation, plaintiffs have decided to file their amended complaint by November 30, 2007, and defendants consent to this revised filing date. The parties then intend to proceed in accordance with the schedule of events relative to a responsive pleading established by Section IV of the stipulation approved by this Court on September 22, 2006.

* * *

Now, therefore, the parties hereby stipulate and the Court ORDERS as follows:

1. Plaintiffs shall file their consolidated complaint no later than November 30, 2007.

2. All other terms and conditions of the stipulation approved on September 22, 2006 by this Court shall remain in full force and effect.

IT IS SO STIPULATED.

DATED: November 26, 2007

ROBBINS UMEDA & FINK, LLP
BRIAN J. ROBBINS
MARC M. UMEDA
STEVEN J. SIMERLEIN
610 West Ash Street, Suite 1800
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991

By: _____
STEVEN J. SIMERLEIN

THE WEISER LAW FIRM, P.C.
ROBERT B. WEISER
121 N. Wayne Avenue, Suite 100
Wayne, PA 19087
Telephone: (610) 225-2677
Facsimile: (610) 225-2678

- 1 -

Co-Lead Counsel for plaintiffs

LAW OFFICES OF BRUCE G. MURPHY
BRUCE G. MURPHY
265 Llwyds Lane
Vero Beach, FL 32963
Telephone: (828) 737-0500
Facsimile: (828) 737-0534

Counsel for plaintiff Kermit Baker

DATED: November 26, 2007

WILSON SONSINI GOODRICH & ROSATI
JEROME F. BIRN, JR
CAZ HASHEMI
REBECCA A. MITCHELLS
One Market, Spear Tower
Suite 3300
San Francisco, CA 94105
Telephone: (415) 947-2000
Facsimile: (415) 947-2099

By: _____  (FOR AND BY PERMISSION)
REBECCA A. MITCHELLS

Counsel for defendants Brian M. Nesmith, Michael A. Malcolm, David A. De Simone, Alan L. Robin, James A. Barth, David W. Hanna, Jay W. Shively, III, Timothy Howes, Andrew S. Rachleff, Stuart G. Phillips, Marc L. Andreessen, Philip J. Koen and nominal defendant Blue Coat

DATED: November 26, 2007

KATTEN MUCHIN ROSENMAN, LLP
BRUCE G. VANYO
RICHARD H. ZELICHOV
2029 Century Park East, Suite 2600
Los Angeles, CA 90067
Telephone: (310) 788-4400
Facsimile: (310) 788-4471

By: _____  (FOR AND BY PERMISSION)
RICHARD H. ZELICHOV

Counsel for Defendant Robert P. Verheecke

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

11/29/07
_____         _____
DATED                        HONORABLE JEREMY FOGEL
                             U.S. DISTRICT COURT JUDGE

- 2 -

STIP TO MODIFY FILING DATE FOR CONSOLIDATED COMPLAINT; [PROPOSED] ORDER
Lead Case No. 5:06-cv-04809-JF

## DECLARATION OF SERVICE

I, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, a citizen of the United States and a resident of the County of San Diego, over the age of 18 years, and not a party to or interest in the within action; that declarant's business address is 610 West Ash Street, Suite 1800, San Diego, California 92101.

2. That on November 26, 2007, I served the following document(s):

STIPULATION ESTABLISHING REVISED FILING DATE FOR CONSOLIDATED COMPLAINT AND RELATED MATTERS; [PROPOSED] ORDER THEREON

in a United States mailbox at San Diego, California in a sealed envelope with postage thereon fully prepaid and addressed to the parties listed below and that there is a regular communication by mail between the place of mailing and the places so addressed.:

THE WEISER LAW FIRM, P.C.
ROBERT B. WEISER
121 N. Wayne Avenue, Suite 100
Wayne, PA 19087
Telephone: 610/225-2677
Facsimile: 610/225-2678

LAW OFFICES OF BRUCE G. MURPHY
BRUCE G. MURPHY
265 Llwyds Lane
Vero Beach, FL 32963
Telephone: 828/737-0500
Facsimile: 828/737-0534

by causing the following documents to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

robbins@ruflaw.com
umeda@ruflaw.com
ssimerlein@ruflaw.com
ccostley@wsgr.com
chashemi@wsgr.com
jbirn@wsgr.com
rmitchells@wsgr.com

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 26th day of November, 2007, at San Diego, California.

_____
SEAN PUTTICK