JEROME F. BIRN, JR., State Bar No. 128561
CAZ HASHEMI, State Bar No. 210239
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

Attorneys for Defendants
BRIAN M. NESMITH, DAVID A. DE SIMONE,
DAVID L. COX, JR., CAMERON S. LAUGHLIN,
KEVIN S. ROYAL, DAVID W. HANNA,
JAMES A. BARTH, TIMOTHY A. HOWES,
KEITH GEESLIN, MICHAEL A. MALCOLM,
ALAN L. ROBIN, JOHN M. SCHARBER,
TOM AYERS, RANGASWAMY VASUDEVAN,
STUART PHILLIPS, MARC ANDREESSEN,
ANDREW S. RACHLEFF, PHILIP J. KOEN,
and BLUE COAT SYSTEMS, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re BLUE COAT SYSTEMS, INC. DERIVATIVE LITIGATION | LEAD CASE NO.: 5:06-cv-04809-JF (Consolidated with 5:06-cv-05453) |
| This Document Relates To: | BEFORE: HON. Jeremy Fogel |
| ALL ACTIONS | ~~JOINT STIPULATION AND [PROPOSED]~~ ORDER RE BRIEFING SCHEDULE AND CONTINUING CASE MANAGEMENT CONFERENCE |

| | |
|---|---|
| 1 | WHEREAS, on September 22, 2006, the Court entered an Order relating and |
| 2 | consolidating *Baker v. NeSmith, et al.* (5:06-cv-04809-JF) and *Adduci v. NeSmith, et al.* (5:06- |
| 3 | cv-05453-JF) into a single action for all purposes captioned *In re Blue Coat Systems, Inc.* |
| 4 | *Derivative Litigation*, Lead Case No. 5:06-cv-04809-JF (the "consolidated action"); and |
| 5 | WHEREAS, plaintiffs filed a Verified Amended Consolidated Shareholder Derivative |
| 6 | Complaint ("Consolidated Complaint") on November 30, 2007; and |
| 7 | WHEREAS, pursuant to the Court's September 22, 2006 Order, defendants have 60 days |
| 8 | after the filing and service of the Consolidated Complaint to file and serve their motion(s) to |
| 9 | dismiss; and |
| 10 | WHEREAS, pursuant to the Court's September 22, 2006 Order, should defendants file a |
| 11 | motion(s) to dismiss, plaintiffs have 45 days after the filing and service of such motion(s) to file |
| 12 | and serve their opposition; and |
| 13 | WHEREAS, pursuant to the Court's September 22, 2006 Order, defendants have 25 days |
| 14 | after plaintiffs' service of the opposition to file and serve their reply; and |
| 15 | WHEREAS, pursuant to the Clerk's Notice dated December 19, 2007, a case |
| 16 | management conference ("CMC") is currently scheduled for January 25, 2008 at 10:30 a.m.; and |
| 17 | WHEREAS, a mediation has been scheduled for February 28, 2008; and |
| 18 | WHEREAS, a hearing on defendants' motion(s) to dismiss is scheduled for May 2, 2008; |
| 19 | WHEREAS, the parties respectfully submit that any CMC for the consolidated action is |
| 20 | premature in light of the upcoming mediation and defendants' motion(s) to dismiss; and |
| 21 | WHEREAS, the undersigned counsel agree that the interests of justice and judicial |
| 22 | economy would be served by continuing the date for the CMC to May 2, 2008, the hearing date |
| 23 | for defendants' motion(s) to dismiss, so that the parties may complete their scheduled mediation |
| 24 | prior to the CMC; and |
| 25 | NOW, THEREFORE, subject to the Court's approval, the parties, by and through their |
| 26 | undersigned counsel of record, hereby agree and stipulate to the following: |
| 27 | 1. Defendants must file their motion(s) to dismiss the Consolidated Complaint on or |
| 28 | before February 1, 2008; and |

2. If defendants file a motion(s) to dismiss, plaintiffs must file their opposition to such motion(s) on or before March 20, 2008; and

3. Defendants must file any reply to plaintiffs' opposition on or before April 17, 2008; and

4. A hearing on defendants' motion(s) to dismiss is scheduled for May 2, 2008; and

5. The CMC currently scheduled for January 25, 2008 is continued to May 2, 2008, to coincide with the hearing on defendants' motion(s) to dismiss.

IT IS SO STIPULATED.

Respectfully Submitted,

Dated: December 20, 2007

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
JEROME F. BIRN, JR.,
CAZ HASHEMI
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

By:    /s/ Caz Hashemi
       Caz Hashemi

Counsel for defendants Brian M. Nesmith, David A. De Simone, David L. Cox, Jr., Cameron S. Laughlin, Kevin S. Royal, David W. Hanna, James A. Barth, Timothy A. Howes, Keith Geeslin, Michael A. Malcolm, Alan L. Robin, John M. Scharber, Tom Ayers, Rangaswamy Vasudevan, Stuart Phillips, Marc Andreessen, Andrew S. Rachleff, Philip J. Koen, and BLUE COAT SYSTEMS, INC.

STIP AND [PROPOSED] ORDER RE: BRIEFING
SCHEDULE AND CASE MANAGEMENT CONFERENCE
LEAD CASE NO.: 5:06-CV-04809-JF

-2-

| | | |
|---|---|---|
| 1 | Dated: December 20, 2007 | ROBBINS UMEDA & FINK, LLP<br>BRIAN J. ROBBINS<br>MARC M. UMEDA<br>STEVEN J. SIMERLEIN<br>610 West Ash Street, Suite 1800<br>San Diego, CA 92101<br>Telephone: (619) 525-3990<br>Facsimile: (619) 525-3991 |

By:    /s/ Marc Umeda
        Marc Umeda

THE WEISER LAW FIRM, P.C.

Robert B. Weiser
121 N. Wayne Avenue, Suite 100
Wayne, PA 19087
Telephone: (610) 225-2677
Facsimile: (610) 225-2678

Co-Lead Counsel for plaintiffs

LAW OFFICES OF BRUCE G. MURPHY
BRUCE G. MURPHY
265 Llwyds Lane
Vero Beach, FL 32963
Telephone: (828) 737-0500
Facsimile: (828) 737-0534

Counsel for plaintiff Kermit Baker

Dated: December 20, 2007

DLA PIPER
SHIRLI WEISS
ROY K. MCDONALD
153 Townsend Street, Suite 800
San Francisco, California 94107
Telephone: (415) 836-2547
Facsimile: (415) 659-7447

By:    /s/ Roy K. McDonald
        Roy K. McDonald

Counsel for defendant Michael J. Johnson

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: December 20, 2007 | BINGHAM MCCUTCHEN, LLP |
| | | W. HARDY CALLCOTT |
| 3 | | Three Embarcadero Center |
| | | San Francisco, CA 94111 |
| 4 | | Telephone: (415) 393-2310 |
| | | Facsimile: (415) 262-9238 |
| 5 | | |
| | | By: /s/ W. Hardy Callcott |
| 6 | | W. Hardy Callcott |
| 7 | | Counsel for defendant Susan Thornton |

Dated: December 20, 2007

KATTEN MUCHIN ROSENMAN, LLP
BRUCE G. VANYO
RICHARD H. ZELICHOV
2029 Century Park East, Suite 2600
Los Angeles, CA 90067
Telephone: (310) 788-4400
Facsimile: (310) 788-4471

By: /s/ Richard H. Zelichov
Richard H. Zelichov

Counsel for defendant Robert P. Verheecke

Dated: December 20, 2007

LATHAM & WATKINS, LLP
DAVID M. FRIEDMAN
505 Montgomery Street, Suite 2000
San Francisco CA 94111
Telephone: (415) 391-0600
Facsimile: (415) 395-8095

By: /s/ David M. Friedman
David M. Friedman

Counsel for defendant Ernst & Young

**[~~PROPOSED~~] ORDER**

Upon Stipulation of the Parties and good cause appearing therefore, IT IS SO ORDERED.

Dated: 1/14/08

_____
THE HONORABLE JEREMY FOGEL
UNITED STATES DISTRICT JUDGE

## ATTESTATION PURSUANT TO GENERAL ORDER 45

I, Pamela E. Glazner, attest that concurrence in the filing of this document has been obtained from each of the signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 20th day of December, 2007 at Palo Alto, California.

By:    /s/ Pamela E. Glazner
            Pamela E. Glazner