**E-filed 3/24/08**

JEROME F. BIRN, JR., SBN 128561, jbirn@wsgr.com
CAZ HASHEMI, SBN 210239, chashemi@wsgr.com
REBECCA A. MITCHELLS, SBN 151683, rmitchells@wsgr.com
KATHERINE L. HENDERSON, SBN 242676, khenderson@wsgr.com
PAMELA E. GLAZNER, SBN 247007, pglazner@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

Attorneys for Defendants Marc Andreessen,
Tom Ayers, James A. Barth, David L. Cox, Jr.,
David A. DeSimone, Keith Geeslin, David W.
Hanna, Timothy A. Howes, Philip J. Koen,
Cameron S. Laughlin, Michael A. Malcolm,
Stephen P. Mullaney, Brian M. NeSmith, Stuart
Phillips, Andrew S. Rachleff, Alan L. Robin,
Kevin S. Royal, John M. Scharber, Rangaswamy
Vasudevan and William S. Warner, and
Nominal Defendant Blue Coat Systems, Inc.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re BLUE COAT SYSTEMS, INC. DERIVATIVE LITIGATION | MASTER FILE NO.: C-06-4809-JF (RS) [Consolidated with C-06-5453] **JOINT STIPULATION AND (PROPOSED) ORDER REGARDING BRIEFING SCHEDULE, HEARING DATE AND CMC DATE** |
| This Document Relates To:  ALL ACTIONS. | Current Hearing and CMC Date: May 2, 2008 at 9:00 a.m.  Proposed Hearing and CMC Date: May 16, 2008 at 9:00 a.m.  Before: Hon. Jeremy Fogel |

1   WHEREAS, Plaintiffs in this Consolidated Action filed a Verified Amended
2   Consolidated Shareholder Derivative Complaint ("Consolidated Complaint") on November 30,
3   2007; and
4   WHEREAS, Nominal Defendant Blue Coat Systems, Inc., the individual defendants and
5   defendant Ernst & Young LLP ("EY") (collectively, the "Defendants") filed Motions to Dismiss
6   the Consolidated Complaint on February 1, 2008; and
7   WHEREAS, Defendant EY filed a Motion to Stay Case and to Compel Mediation and, if
8   Necessary, Arbitration ("Motion to Compel Arbitration") on February 1, 2008; and
9   WHEREAS, the hearings on the Motions to Dismiss and EY's Motion to Compel
10  Arbitration, and a Case Management Conference are currently scheduled for May 2, 2008; and
11  WHEREAS, Plaintiffs require additional time to prepare and file their oppositions to the
12  Motions to Dismiss and the Motion to Compel Arbitration;
13  NOW, THEREFORE, the Parties, by and through their undersigned counsel of record,
14  hereby agree and stipulate to the following:
15  1.   Plaintiffs must file their oppositions to Defendants' Motions to Dismiss and EY's
16  Motion to Compel Arbitration no later than April 3, 2008; and
17  2.   Defendants must file their replies thereto no later than May 1, 2008; and
18  3.   The hearing on the Defendants' Motions to Dismiss and EY's Motion to Compel
19  Arbitration is scheduled for May 16, 2008 at 9:00 a.m. or as soon thereafter as may be heard; and
20  4.   The Case Management Conference is continued to May 16, 2008 at 9:00 a.m. or
21  as soon thereafter as may be heard; and

STIP AND ORDER RE BRIEFING SCHEDULE,
HEARING DATE AND CMC DATE
MASTER FILE NO. C-06-4809-JF                           1

1      5.      The Parties respectfully request the Court to enter an order establishing the above
2 dates and schedule.

| | |
|---|---|
| 3  Dated: March 18, 2008 | WILSON SONSINI GOODRICH & ROSATI, P.C. |
| 4 | 650 Page Mill Road<br>Palo Alto, CA 94304-1050 |
| 5 | Telephone: (650) 493-9300<br>Facsimile: (650) 565-5100 |
| 6 | By:      /s/ Rebecca A. Mitchells<br>              Rebecca A. Mitchells |
| 7 | |
| 8 | *Counsel for the Blue Coat Defendants and Nominal Defendant Blue Coat Systems, Inc.* |
| 9  Dated: March 18, 2008 | ROBBINS UMEDA & FINK, LLP<br>BRIAN J. ROBBINS |
| 10 | MARC M. UMEDA<br>STEVEN J. SIMERLEIN |
| 11 | 610 West Ash Street, Suite 1800<br>San Diego, CA 92101 |
| 12 | Telephone: (619) 525-3990<br>Facsimile: (619) 525-3991 |
| 13 | |
| 14 | By:      /s/ Marc Umeda<br>              Marc Umeda |
| 15 | |
| 16 | THE WEISER LAW FIRM, P.C.<br>Robert B. Weiser |
| 17 | 121 N. Wayne Avenue, Suite 100<br>Wayne, PA 19087<br>Telephone: (610) 225-2677 |
| 18 | Facsimile: (610) 225-2678 |
| 19 | *Co-Lead Counsel for Plaintiffs* |
| 20  Dated: March 18, 2008 | DLA PIPER<br>Shirli Fabbri Weiss, Esq. |
| 21 | David Priebe, Esq.<br>Roy K. McDonald, Esq. |
| 22 | David M. Doyle, Esq.<br>DLA Piper US LLP |
| 23 | 401 B Street, Suite 1700<br>San Diego, CA 92101 |
| 24 | Telephone: (619) 699-2700<br>Facsimile: (619) 699-2701 |
| 25 | |
| 26 | By:      /s/ Roy K. McDonald<br>              Roy K. McDonald |
| 27 | |
| 28 | *Counsel for defendant Michael J. Johnson* |

STIP AND ORDER RE BRIEFING SCHEDULE,
HEARING DATE AND CMC DATE
MASTER FILE NO. C-06-4809-JF                    2

| | | |
|---|---|---|
| 1 | Dated: March 18, 2008 | BINGHAM MCCUTCHEN LLP<br>Charlene S. Shimada, Esq.<br>Adrienne L. Taclas, Esq.<br>Bingham McCutchen LLP<br>Three Embarcadero Center<br>San Francisco, CA 94111<br>Telephone: (415) 393-2000<br>Facsimile: (415) 393-2286 |

By:     /s/ Charlene S. Shimada
       Charlene S. Shimada

*Counsel for defendant Susan Thornton*

Dated: March 18, 2008    KATTEN MUCHIN ROSENMAN, LLP
Bruce G. Vanyo
Richard H. Zelichov
2029 Century Park East, Suite 2600
Los Angeles, CA 90067
Telephone: (310) 788-4400
Facsimile: (310) 788-4471

By:     /s/ Richard H. Zelichov
       Richard H. Zelichov

*Counsel for defendant Robert P. Verheecke*

Dated: March 18, 2008    LATHAM & WATKINS, LLP
Peter A. Wald, Esq.
Patrick E. Gibbs, Esq.
David M. Friedman, Esq.
Viviann C. Stapp, Esq.
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: (415) 391-0600
Facsimile: (415) 395-8095

By:     /s/ David M. Friedman
       David M. Friedman

*Counsel for defendant Ernst & Young*

**[PROPOSED] ORDER**

Based upon the above stipulation of the Parties and for good cause appearing therefore,

IT IS SO ORDERED.

Dated: March 21, 2008    _____
       Hon. Jeremy Fogel
       United States District Judge

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Freeda Yllana Lugo, attest that concurrence in the filing of this document has been obtained from each of the signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 19th day of March, 2008 at Palo Alto, California.

By:   /s/ Freeda Yllana Lugo
       Freeda Yllana Lugo