1  ROBBINS UMEDA & FINK LLP
   BRIAN J. ROBBINS (190264)
2  MARC M. UMEDA (197847)
   STEVEN J. SIMERLEIN (156979)
3  610 West Ash Street, Suite 1800
   San Diego, CA 92101
4  Telephone: (619) 525-3990
   Facsimile: (619) 525-3991
5  brobbins@ruflaw.com
   mumeda@ruflaw.com
6  ssimerlein@ruflaw.com

7  Co-Lead Counsel for Plaintiffs

8  [Additional counsel appear on signature page]

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11                            SAN JOSE DIVISION

12

| | |
|---|---|
| IN RE BLUE COAT SYSTEMS, INC. DERIVATIVE LITIGATION | ) Lead Case No. 5:06-cv-04809-JF<br>) (Consolidated with 5:06-cv-05453)<br>) |
| ──────────────────────────── | ) Judge: Hon. Jeremy Fogel<br>) |
| This Document Relates To:<br><br>ALL ACTIONS. | ) **JOINT STIPULATION AND ORDER**<br>) **REGARDING BRIEFING**<br>) **SCHEDULE, HEARING DATE AND**<br>) **CASE MANAGEMENT**<br>) **CONFERENCE DATE**<br>)<br>) Current Hearing and CMC Date:<br>) May 16, 2008 at 9:00 a.m.<br>)<br>) Proposed Hearing and CMC Date:<br>) June 13, 2008 at 9:00 a.m.<br>)<br>)<br>)<br>) |
| ──────────────────────────── | ) |

      WHEREAS, plaintiffs in this Consolidated Action filed a Verified Amended Consolidated Shareholder Derivative Complaint ("Consolidated Complaint") on November 30, 2007; and

      WHEREAS, nominal defendant Blue Coat Systems, Inc., ("Blue Coat") the individual defendants and defendant Ernst & Young LLP ("EY") (collectively, the Defendants") filed motions to dismiss the Consolidated Complaint on February 1, 2008; and

      WHEREAS, defendant EY filed a Motion to Stay Case and to Compel Mediation and, if Necessary, Arbitration ("Motion to Compel Arbitration") on February 1, 2008; and

      WHEREAS, the hearings on the Motions to Dismiss and EY's Motion to Compel Arbitration, and a Case Management Conference are currently scheduled for May 2, 2008; and

      WHEREAS, plaintiffs require additional time to prepare and file their oppositions to the Motions to Dismiss and the Motion to Compel Arbitration; and

      NOW, THEREFORE, the parties, by and through their undersigned counsel of record, hereby agree and stipulate to the following:

      1.    Plaintiffs must file their oppositions to Defendants' motions to dismiss and EY's Motion to Compel Arbitration no later than April 18, 2008; and

      2.    Defendants must file their replies thereto no later than May 16, 2008; and

      3.    The hearing on the Defendants' motions to dismiss and EY's Motion to Compel Arbitration is scheduled for June 13, 2008 at 9:00 a.m. or as soon thereafter as may be heard; and

      4.    The Case Management Conference is continued to June 13, 2008, at 9:00 a.m. or as soon thereafter as may be heard; and

      5.    The Parties respectfully request the Court to enter an order establishing the above dates and schedule.

DATED: April 4, 2008

    ROBBINS UMEDA & FINK, LLP
    BRIAN J. ROBBINS
    MARC M. UMEDA
    STEVEN J. SIMERLEIN
    610 West Ash Street, Suite 1800
    San Diego, CA 92101
    Telephone: (619) 525-3990
    Facsimile: (619) 525-3991

    By:_____s/_____
          STEVEN J. SIMERLEIN

|    |                          |                                                          |
|----|--------------------------|----------------------------------------------------------|
| 1  |                          | THE WEISER LAW FIRM, P.C.                                |
| 2  |                          | ROBERT B. WEISER                                         |
|    |                          | 121 N. Wayne Avenue, Suite 100                           |
| 3  |                          | Wayne, PA 19087                                          |
|    |                          | Telephone: (610) 225-2677                                |
| 4  |                          | Facsimile:  (610) 225-2678                               |
| 5  |                          | *Co-Lead Counsel for plaintiffs*                         |

6  DATED:  April 4, 2008                WILSON SONSINI GOODRICH & ROSATI
                                         JEROME F. BIRN, JR
7                                        CAZ HASHEMI
                                         REBECCA A. MITCHELLS
8                                        One Market, Spear Tower
                                         Suite 3300
9                                        San Francisco, CA 94105
                                         Telephone: (415) 947-2000
10                                       Facsimile:  (415) 947-2099

11                                       By:_____s/_____
                                                  REBECCA A. MITCHELLS
12

13                                       *Counsel for defendants Brian M. Nesmith,
                                         Michael A. Malcolm, David A. De Simone, Alan
14                                       L. Robin, James A. Barth, David W. Hanna, Jay
                                         W. Shively, III, Timothy Howes, Andrew S.
                                         Rachleff, Stuart G. Phillips, Marc L.
15                                       Andreessen, Philip J. Koen and nominal
                                         defendant Blue Coat*
16

17 DATED:  April 4, 2008                 KATTEN MUCHIN ROSENMAN, LLP
                                         BRUCE G. VANYO
18                                       RICHARD H. ZELICHOV
                                         2029 Century Park East, Suite 2600
19                                       Los Angeles, CA 90067
                                         Telephone: (310) 788-4400
20                                       Facsimile: (310) 788-4471

21                                       By:_____s/_____
                                                  RICHARD H. ZELICHOV
22

23                                       *Counsel for defendant Robert P. Verheecke*

24 DATED:  April 4, 2008                 DLA PIPER US LLC
                                         SHIRLI FABBRI WEISS, ESQ.
25                                       DAVID PRIEBE, ESQ.
                                         ROY K. MCDONALD, ESQ.
26                                       DAVID M. DOYLE, ESQ.
                                         DLA PIPER US LLC
27                                       401 B Street, Suite 1700
                                         San Diego, CA 92101
28                                       Telephone: (619) 699-2700

- 2 -
JOINT STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE, HEARING DATE
AND CASE MANAGEMENT CONFERENCE DATE

|     |     |
| --- | --- |
| 1   | Facsimile: (619) 699-2701 |
| 2   | By: _____s/_____ |
|     | ROY K. MCDONALD |
| 3   |     |
| 4   | *Counsel for defendant Michael J. Johnson* |
| 5   | DATED: April 4, 2008    BINGHAM MCCUTCHEN LLP |

DATED: April 4, 2008

BINGHAM MCCUTCHEN LLP
CHARLENE S. SHIMADA, ESQ.
ADRIENNE L. TACLAS, ESQ.
Three Embarcadero Center
San Francisco, CA 94111
Telephone: (415) 393-2000
Facsimile: (415) 393-2286

By: _____s/_____
CHARLENE S. SHIMADA

*Counsel for defendant Susan Thornton*

DATED: April 4, 2008

LATHAM & WATKINS, LLP
PETER A. WALD, ESQ.
PATRICK E. GIBBS, ESQ.
DAVID M. FRIEDMAN, ESQ.
VIVIANN C. STAPP, ESQ.
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone (415) 391-0600
Facsimile: (415) 395-8095

By: _____s/_____
DAVID M. FRIEDMAN

*Counsel for defendant Ernst & Young*

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: April 8, 2008

_____
HONORABLE JEREMY FOGEL
U.S. DISTRICT COURT JUDGE

- 3 -

JOINT STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE, HEARING DATE
AND CASE MANAGEMENT CONFERENCE DATE

## DECLARATION OF SERVICE

I, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, a citizen of the United States and a resident of the County of San Diego, over the age of 18 years, and not a party to or interest in the within action; that declarant's business address is 610 West Ash Street, Suite 1800, San Diego, California 92101.

2. That on April 4, 2008, I served the following document(s):

JOINT STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE, HEARING DATE AND CASE MANAGEMENT CONFERENCE DATE

in a United States mailbox at San Diego, California in a sealed envelope with postage thereon fully prepaid and addressed to the parties listed below and that there is a regular communication by mail between the place of mailing and the places so addressed.:

THE WEISER LAW FIRM, P.C.
ROBERT B. WEISER
121 N. Wayne Avenue, Suite 100
Wayne, PA 19087
Telephone: 610/225-2677
Facsimile: 610/225-2678

LAW OFFICES OF BRUCE G. MURPHY
BRUCE G. MURPHY
265 Llwyds Lane
Vero Beach, FL 32963
Telephone: 828/737-0500
Facsimile: 828/737-0534

by causing the following documents to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

robbins@ruflaw.com
umeda@ruflaw.com
ssimerlein@ruflaw.com
ccostley@wsgr.com
chashemi@wsgr.com
jbirn@wsgr.com
rmitchells@wsgr.com

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 4th day of April, 2008, at San Diego, California.

_____
SEAN PUTTICK