1  JEROME F. BIRN, JR., SBN 128561, jbirn@wsgr.com
   CAZ HASHEMI, SBN 210239, chashemi@wsgr.com
2  REBECCA A. MITCHELLS, SBN 151683, rmitchells@wsgr.com
   KATHERINE L. HENDERSON, SBN 242676, khenderson@wsgr.com
3  PAMELA E. GLAZNER, SBN 247007, pglazner@wsgr.com
   WILSON SONSINI GOODRICH & ROSATI
4  Professional Corporation
   650 Page Mill Road
5  Palo Alto, CA 94304-1050
   Telephone: (650) 493-9300
6  Facsimile: (650) 565-5100

7  Attorneys for Defendants Marc Andreessen,
   Tom Ayers, James A. Barth, David L. Cox, Jr.,
8  David A. DeSimone, Keith Geeslin, David W.
   Hanna, Timothy A. Howes, Philip J. Koen,
9  Cameron S. Laughlin, Michael A. Malcolm,
   Stephen P. Mullaney, Brian M. NeSmith, Stuart
10 Phillips, Andrew S. Rachleff, Alan L. Robin,
   Kevin S. Royal, John M. Scharber, Rangaswamy
11 Vasudevan and William S. Warner, and
   Nominal Defendant Blue Coat Systems, Inc.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re BLUE COAT SYSTEMS, INC. DERIVATIVE LITIGATION | MASTER FILE NO.: C-06-4809-JF (RS) [Consolidated with C-06-5453] |
| | **JOINT STIPULATION AND (PROPOSED) ORDER TO STAY ACTION PENDING PLAINTIFFS' DEMAND ON COMPANY'S BOARD OF DIRECTORS AND TO SET FURTHER CASE MANAGEMENT CONFERENCE** |
| This Document Relates To: ALL ACTIONS. | Current Hearing and CMC Date: June 13, 2008 at 9:00 a.m. |
| | Proposed Hearing Date: Off calendar Proposed CMC Date: October 3, 2008 |
| | Before: Hon. Jeremy Fogel |

STIP AND ORDER RE STAY OF ACTION AND CMC DATE
MASTER FILE NO. C-06-4809-JF

1   WHEREAS, Plaintiffs in this Consolidated Action filed a Verified Amended Consolidated Shareholder Derivative Complaint ("Consolidated Complaint") on November 30, 2007;

4   WHEREAS, on February 1, 2008, Nominal Defendant Blue Coat Systems, Inc. ("Blue Coat") and defendant Ernst & Young LLP ("EY") filed motions to dismiss this case on the ground that a demand upon Blue Coat's board of directors (the "Board") to assert claims against the individual defendants and defendant EY would not have been futile (the "Demand Futility Motions");

9   WHEREAS, on February 1, 2008, the individual defendants and EY filed motions to dismiss the Consolidated Complaint on the grounds that it failed to state a claim for relief against them;

12   WHEREAS, on February 1, 2008, defendant EY filed a Motion to Stay Case and to Compel Mediation and, if Necessary, Arbitration ("Motion to Compel Arbitration");

14   WHEREAS, pursuant to the Court's Order dated April 8, 2008, Plaintiffs were to file their memoranda in opposition to Defendants' motions by April 18, 2008;

16   WHEREAS, Plaintiffs have not filed memoranda in opposition to the pending motions but have advised Blue Coat and the Court prior to the filing due date for their oppositions to the Demand Futility Motions that they did not intend to oppose these motions and shortly thereafter that Plaintiffs would instead demand that the Board bring certain claims against certain of the individual defendants and EY; and

21   WHEREAS, Plaintiffs' decision not to oppose the Demand Futility Motions but to make a demand on Blue Coat's Board makes it unnecessary for the Court to decide the Demand Futility Motions;

24   WHEREAS, Plaintiffs' decision to make a demand on Blue Coat's Board of Directors makes it unnecessary for the Court to decide the additional motions to dismiss filed by the individual defendants and EY;

1 WHEREAS, the Parties agree that a short stay of this action is warranted in order to
2 permit Plaintiffs to make their demand upon Blue Coat's Board and to allow the Board to
3 consider such demand;

4 NOW, THEREFORE, the Parties, by and through their undersigned counsel of record,
5 hereby agree and stipulate to the following:

6 1. Nominal Defendant Blue Coat's and EY's Demand Futility Motions, each of the
7 individual defendants' and EY's motions to dismiss, and EY's Motion to Compel Arbitration are
8 hereby withdrawn without prejudice and the hearing on these motions set for June 13, 2008 shall
9 be taken off calendar.

10 2. Plaintiffs will make their demand upon Blue Coat's Board by June 20, 2008.

11 3. The Case Management Conference scheduled for June 13, 2008, together with all
12 associated pre-conference filings (e.g., the Case Management Statement and Rule 26(f)
13 disclosures) shall be continued to October 3, 2008 at ~~9:00~~ 10:30 a.m., at which time the Parties will
14 report to the Court about the status of the Blue Coat Board's consideration of the demand;

15 4. The Parties respectfully request that the Court enter an Order approving this
16 Stipulation.

17

18 Dated: June 10, 2008          WILSON SONSINI GOODRICH & ROSATI, P.C.
                                 650 Page Mill Road
19                               Palo Alto, CA 94304-1050
                                 Telephone: (650) 493-9300
20                               Facsimile: (650) 565-5100

21                               By:      /s/ Jerome F. Birn, Jr.
                                          Jerome F. Birn, Jr.
22
                                 *Counsel for the Blue Coat Defendants and Nominal*
23                               *Defendant Blue Coat Systems, Inc.*

| | | |
|---|---|---|
| 1 | Dated: June 10, 2008 | ROBBINS UMEDA & FINK, LLP |
| 2 | | BRIAN J. ROBBINS |
| | | MARC M. UMEDA |
| 3 | | STEVEN J. SIMERLEIN |
| | | 610 West Ash Street, Suite 1800 |
| 4 | | San Diego, CA 92101 |
| | | Telephone: (619) 525-3990 |
| 5 | | Facsimile: (619) 525-3991 |
| 6 | | By:     /s/ Marc Umeda |
| 7 | |            Marc Umeda |
| 8 | | THE WEISER LAW FIRM, P.C. |
| | | Robert B. Weiser |
| 9 | | 121 N. Wayne Avenue, Suite 100 |
| | | Wayne, PA 19087 |
| 10 | | Telephone: (610) 225-2677 |
| | | Facsimile: (610) 225-2678 |
| 11 | | |
| 12 | | *Co-Lead Counsel for Plaintiffs* |
| 13 | Dated: June 10, 2008 | DLA PIPER |
| | | Shirli Fabbri Weiss, Esq. |
| | | David Priebe, Esq. |
| 14 | | Roy K. McDonald, Esq. |
| | | David M. Doyle, Esq. |
| 15 | | DLA Piper US LLP |
| | | 401 B Street, Suite 1700 |
| 16 | | San Diego, CA 92101 |
| | | Telephone: (619) 699-2700 |
| 17 | | Facsimile: (619) 699-2701 |
| 18 | | |
| | | By:     /s/ Roy K. McDonald |
| 19 | |            Roy K. McDonald |
| 20 | | *Counsel for defendant Michael J. Johnson* |
| 21 | Dated: June 10, 2008 | BINGHAM MCCUTCHEN LLP |
| | | Charlene S. Shimada, Esq. |
| 22 | | Adrienne L. Taclas, Esq. |
| | | Bingham McCutchen LLP |
| 23 | | Three Embarcadero Center |
| | | San Francisco, CA 94111 |
| 24 | | Telephone: (415) 393-2000 |
| | | Facsimile: (415) 393-2286 |
| 25 | | |
| | | By:     /s/ Charlene S. Shimada |
| 26 | |            Charlene S. Shimada |
| 27 | | *Counsel for defendant Susan Thornton* |
| 28 | | |

STIP AND ORDER RE STAY OF ACTION AND CMC DATE
MASTER FILE NO. C-06-4809-JF

3

| | | |
|---|---|---|
| Dated: June 10, 2008 | | KATTEN MUCHIN ROSENMAN, LLP<br>Bruce G. Vanyo<br>Richard H. Zelichov<br>2029 Century Park East, Suite 2600<br>Los Angeles, CA 90067<br>Telephone: (310) 788-4400<br>Facsimile: (310) 788-4471 |

By:  /s/ Richard H. Zelichov
            Richard H. Zelichov

*Counsel for defendant Robert P. Verheecke*

Dated:  June 10, 2008                LATHAM & WATKINS, LLP
                                     Peter A. Wald, Esq.
                                     Patrick E. Gibbs, Esq.
                                     David M. Friedman, Esq.
                                     Viviann C. Stapp, Esq.
                                     505 Montgomery Street, Suite 2000
                                     San Francisco, CA  94111-6538
                                     Telephone:  (415) 391-0600
                                     Facsimile:  (415) 395-8095

By:  /s/ David M. Friedman
            David M. Friedman

*Counsel for defendant Ernst & Young LLP*

### [PROPOSED] ORDER

Based upon the above stipulation of the Parties and for good cause appearing therefore, IT IS SO ORDERED.

Dated:  June 12, 2008                _____
                                     Hon. Jeremy Fogel
                                     United States District Judge

|   |   |
|---|---|
| 1 | **ATTESTATION PURSUANT TO GENERAL ORDER 45** |

I, Pamela E. Glazner, attest that concurrence in the filing of this document has been obtained from each of the signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 10th day of June, 2008 at Palo Alto, California.

By:  /s/ Pamela E. Glazner
　　　　Pamela E. Glazner

*Counsel for the Blue Coat Defendants and Nominal Defendant Blue Coat Systems, Inc.*