UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE BLUE COAT SYSTEMS, INC. DERIVATIVE LITIGATION, | Case No.  CV-06-4809-JF<br><br>ORDER ADMINISTRATIVELY CLOSING CONSOLIDATED ACTIONS |

On September 28, 2006 the above entitled matter was consolidated with case number CV-06-5453-JF.  At that time, the Court deemed case number CV-06-4809-JF the lead case. In light of the consolidation, the clerk shall administratively close the following case: CV-06-5453-JF.

IT IS SO ORDERED.

Dated: September 30, 2008

_____
JEREMY FOGEL
United States District Judge