**E-Filed 1/5/08**

1  JEROME F. BIRN, JR., SBN 128561, jbirn@wsgr.com
   CAZ HASHEMI, SBN 210239, chashemi@wsgr.com
2  REBECCA A. MITCHELLS, SBN 151683, rmitchells@wsgr.com
   KATHERINE L. HENDERSON, SBN 242676, khenderson@wsgr.com
3  PAMELA E. GLAZNER, SBN 247007, pglazner@wsgr.com
   WILSON SONSINI GOODRICH & ROSATI
4  Professional Corporation
   650 Page Mill Road
5  Palo Alto, CA 94304-1050
   Telephone: (650) 493-9300
6  Facsimile: (650) 565-5100

7  Attorneys for Defendants Marc Andreessen,
   Tom Ayers, James A. Barth, David L. Cox, Jr.,
8  David A. DeSimone, Keith Geeslin, David W.
   Hanna, Timothy A. Howes, Philip J. Koen,
9  Cameron S. Laughlin, Michael A. Malcolm,
   Stephen P. Mullaney, Brian M. NeSmith, Stuart
10 Phillips, Andrew S. Rachleff, Alan L. Robin,
   Kevin S. Royal, John M. Scharber, Rangaswamy
11 Vasudevan and William S. Warner, and
   Nominal Defendant Blue Coat Systems, Inc.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re BLUE COAT SYSTEMS, INC. DERIVATIVE LITIGATION | MASTER FILE NO.: C-06-4809-JF (RS) [Consolidated with C-06-5453] |
| | **STIPULATION AND [PROPOSED] ORDER EXTENDING DATE FOR CASE MANAGEMENT CONFERENCE** |
| This Document Relates To: ALL ACTIONS. | Current CMC Date: January 9, 2008 at 10:30 a.m. Proposed CMC Date: April 3, 2008 Before: Hon. Jeremy Fogel |

WHEREAS, Plaintiffs in this Consolidated Action filed a Verified Amended Consolidated Shareholder Derivative Complaint ("Consolidated Complaint") on November 30, 2007;

WHEREAS, on February 1, 2008, Nominal Defendant Blue Coat Systems, Inc. ("Blue Coat") and defendant Ernst & Young LLP ("EY") filed motions to dismiss this case on the ground that a demand upon Blue Coat's board of directors (the "Board") to assert claims against the individual defendants and defendant EY would not have been futile (the "Demand Futility Motions");

WHEREAS, on February 1, 2008, the individual defendants and EY filed motions to dismiss the Consolidated Complaint on the grounds that it failed to state a claim for relief against them;

WHEREAS, on February 1, 2008, defendants Blue Coat and EY filed motions to stay the case and/or to compel mediation and, if necessary, arbitration;

WHEREAS, Plaintiffs decided not to oppose these motions but to instead make a demand on Blue Coat's Board;

WHEREAS, the Parties agreed to, and the Court ordered, a stay of the action to permit Plaintiffs to make their demand upon Blue Coat's Board and to allow the Board to consider such demand;

WHEREAS, in response to plaintiffs' demand, the Board formed a special committee, composed of directors James Tolonen and Keith Geeslin, which according to the Form 10-Q filed by Blue Coat on December 9, 2008, was granted plenary authority to decide whether it is in the best interests of the Company and its shareholders to pursue or otherwise resolve the claims raised in the demand letter and in the federal and state derivative actions and any other claims of the Company that the special committee deems necessary or appropriate to consider concerning its historical stock option practices;

WHEREAS, the special committee represents that it has been actively engaged in an investigation of plaintiffs' demand and reports that it is, and has been, working diligently on the investigation;

1  WHEREAS, the special committee needs additional time to review the facts giving rise to the actions, evaluate the claims at issue, and decide how to proceed with respect to those claims and plaintiffs' demand;

NOW, THEREFORE, the Parties, by and through their undersigned counsel of record, hereby agree and stipulate to the following:

1. The Case Management Conference scheduled for January 9, 2008, together with all associated pre-conference filings (e.g., the Case Management Statement and Rule 26(f) disclosures) shall be continued to April 3, 2008 at 10:30 a.m., at which time the Parties will report to the Court about the status of the special committee's investigation;

2. The Parties respectfully request that the Court enter an Order approving this Stipulation.

| | |
|---|---|
| Dated:  December 18, 2008 | WILSON SONSINI GOODRICH & ROSATI, P.C.<br>650 Page Mill Road<br>Palo Alto, CA 94304-1050<br>Telephone: (650) 493-9300<br>Facsimile: (650) 565-5100 |
| | By:       /s/ Jerome F. Birn, Jr.<br>            Jerome F. Birn, Jr. |
| | *Counsel for the Blue Coat Defendants and Nominal Defendant Blue Coat Systems, Inc.* |
| Dated:  December 18, 2008 | SHEARMAN & STERLING LLP<br>Jeffrey S. Facter<br>Patrick D. Robbins<br>Emily V. Griffen<br>525 Market Street, Suite 1500<br>San Francisco, CA  94105<br>Telephone: (415) 616-1100<br>Facsimile: (415) 616-1199 |
| | By:       /s/ Patrick D. Robbins<br>            Patrick D. Robbins |
| | *Counsel for the Special Committee of the Board of Directors of Nominal Defendant Blue Coat Systems, Inc.* |

| | | |
|---|---|---|
| 1 | Dated:  December 18, 2008 | THE WEISER LAW FIRM, P.C. |
| 2 | | Robert B. Weiser |
| | | 121 N. Wayne Avenue, Suite 100 |
| 3 | | Wayne, PA 19087 |
| | | Telephone: (610) 225-2677 |
| 4 | | Facsimile: (610) 225-2678 |

By:     /s/ Robert B. Weiser
              Robert B. Weiser

ROBBINS UMEDA & FINK, LLP
BRIAN J. ROBBINS
MARC M. UMEDA
STEVEN J. SIMERLEIN
610 West Ash Street, Suite 1800
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991

*Co-Lead Counsel for Plaintiffs*

Dated: December 18, 2008

DLA PIPER
Shirli Fabbri Weiss, Esq.
David Priebe, Esq.
Roy K. McDonald, Esq.
David M. Doyle, Esq.
DLA Piper US LLP
401 B Street, Suite 1700
San Diego, CA  92101
Telephone:  (619) 699-2700
Facsimile:  (619) 699-2701

By:     /s/ Roy K. McDonald
              Roy K. McDonald

*Counsel for defendant Michael J. Johnson*

Dated:  December 18, 2008

BINGHAM MCCUTCHEN LLP
Charlene S. Shimada, Esq.
Adrienne L. Taclas, Esq.
Bingham McCutchen LLP
Three Embarcadero Center
San Francisco, CA 94111
Telephone: (415) 393-2000
Facsimile: (415) 393-2286

By:     /s/ Charlene S. Shimada
              Charlene S. Shimada

*Counsel for defendant Susan Thornton*

STIPULATION AND [PROPOSED] ORDER
EXTENDING DATE FOR CMC
MASTER FILE NO. C-06-4809-JF

3

| | |
|---|---|
| Dated: December 18, 2008 | KATTEN MUCHIN ROSENMAN, LLP<br>Bruce G. Vanyo<br>Richard H. Zelichov<br>2029 Century Park East, Suite 2600<br>Los Angeles, CA 90067<br>Telephone: (310) 788-4400<br>Facsimile: (310) 788-4471 |
| | By:  /s/ Richard H. Zelichov<br>         Richard H. Zelichov |
| | *Counsel for defendant Robert P. Verheecke* |
| Dated: December 18, 2008 | LATHAM & WATKINS, LLP<br>Peter A. Wald, Esq.<br>Patrick E. Gibbs, Esq.<br>David M. Friedman, Esq.<br>Viviann C. Stapp, Esq.<br>505 Montgomery Street, Suite 2000<br>San Francisco, CA  94111-6538<br>Telephone:  (415) 391-0600<br>Facsimile:  (415) 395-8095 |
| | By:  /s/ David M. Friedman<br>         David M. Friedman |
| | *Counsel for defendant Ernst & Young LLP* |

## [PROPOSED] ORDER

Based upon the above stipulation of the Parties and for good cause appearing therefore, IT IS SO ORDERED.

Dated: ~~December ___, 2008~~ 1/5/09

_____
Hon. Jeremy Fogel
United States District Judge

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Katherine L. Henderson, attest that concurrence in the filing of this document has been obtained from each of the signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 18th day of December, 2008 at San Francisco, California.

> By:   /s/ Katherine L. Henderson
>        Katherine L. Henderson
>
> *Counsel for the Blue Coat Defendants and Nominal Defendant Blue Coat Systems, Inc.*