JEROME F. BIRN, JR., SBN 128561, jbirn@wsgr.com
CAZ HASHEMI, SBN 210239, chashemi@wsgr.com
KATHERINE L. HENDERSON, SBN 242676, khenderson@wsgr.com
PAMELA E. GLAZNER, SBN 247007, pglazner@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

Attorneys for Defendants Marc Andreessen,
Tom Ayers, James A. Barth, David L. Cox, Jr.,
David A. DeSimone, Keith Geeslin, David W.
Hanna, Timothy A. Howes, Philip J. Koen,
Cameron S. Laughlin, Michael A. Malcolm,
Stephen P. Mullaney, Brian M. NeSmith, Stuart
Phillips, Andrew S. Rachleff, Alan L. Robin,
Kevin S. Royal, John M. Scharber, Rangaswamy
Vasudevan and William S. Warner, and
Nominal Defendant Blue Coat Systems, Inc.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re BLUE COAT SYSTEMS, INC. DERIVATIVE LITIGATION | MASTER FILE NO.: C-06-4809-JF (RS) [Consolidated with C-06-5453] |
| | **STIPULATION AND [PROPOSED] ORDER EXTENDING DATE FOR CASE MANAGEMENT CONFERENCE** |
| This Document Relates To: ALL ACTIONS. | Current CMC Date:   April 3, 2009<br>Proposed CMC Date:  July 10, 2009<br>Before:  Hon. Jeremy Fogel |

STIPULATION AND [PROPOSED] ORDER
EXTENDING DATE FOR CMC
MASTER FILE NO. C-06-4809-JF

1  WHEREAS, Plaintiffs in this Consolidated Action filed a Verified Amended
2  Consolidated Shareholder Derivative Complaint ("Consolidated Complaint") on November 30,
3  2007;
4  WHEREAS, on February 1, 2008, Nominal Defendant Blue Coat Systems, Inc. ("Blue
5  Coat") and defendant Ernst & Young LLP ("EY") filed motions to dismiss this case on the
6  ground that a demand upon Blue Coat's board of directors (the "Board") to assert claims against
7  the individual defendants and defendant EY would not have been futile (the "Demand Futility
8  Motions");
9  WHEREAS, on February 1, 2008, the individual defendants and EY filed motions to
10 dismiss the Consolidated Complaint on the grounds that it failed to state a claim for relief against
11 them;
12 WHEREAS, on February 1, 2008, defendants Blue Coat and EY filed motions to stay the
13 case and/or to compel mediation and, if necessary, arbitration;
14 WHEREAS, Plaintiffs decided not to oppose these motions but to instead make a demand
15 on Blue Coat's Board;
16 WHEREAS, the Parties agreed to, and the Court ordered, a stay of the action to permit
17 Plaintiffs to make their demand upon Blue Coat's Board and to allow the Board to consider such
18 demand;
19 WHEREAS, in response to plaintiffs' demand, the Board formed a special committee,
20 composed of directors James Tolonen and Keith Geeslin, which according to the Form 10-Q
21 filed by Blue Coat on December 9, 2008, was granted plenary authority to decide whether it is in
22 the best interests of the Company and its shareholders to pursue or otherwise resolve the claims
23 raised in the demand letter and in the federal and state derivative actions and any other claims of
24 the Company that the special committee deems necessary or appropriate to consider concerning
25 its historical stock option practices;
26 WHEREAS, the special committee represents that it has been actively engaged in an
27 investigation of plaintiffs' demand and reports that it is, and has been, working diligently on the
28

STIPULATION AND [PROPOSED] ORDER EXTENDING DATE FOR
CASE MANAGEMENT CONFERENCE
MASTER FILE NO. C-06-4809-JF
1

1   investigation, and is currently in the process of conducting interviews of individuals who may
2   have relevant information;
3       WHEREAS, the special committee is nearing the end of its investigation, but it needs
4   additional time to complete its review of the facts giving rise to the actions, evaluate the claims
5   at issue, and decide how to proceed with respect to those claims and plaintiffs' demand;
6       WHEREAS, counsel for Plaintiffs and counsel for the special committee held a
7   teleconference on March 23, 2009 in which they discussed the status of the special committee's
8   investigation and the value of an in-person meeting to discuss Plaintiffs' demand, the special
9   committee's investigation and preliminary findings;
10      WHEREAS, the special committee and its counsel have agreed to meet with counsel for
11  Plaintiffs in the near future;
12      NOW, THEREFORE, the Parties, by and through their undersigned counsel of record,
13  hereby agree and stipulate to the following:
14      1.    The Case Management Conference scheduled for April 3, 2009, together with all
15  associated pre-conference filings (e.g., the Case Management Statement and Rule 26(f)
16  disclosures) shall be continued to July 10, 2009 at 10:30 a.m., at which time the Parties will
17  report to the Court about the status of the special committee's work;
18      2.    The Parties respectfully request that the Court enter an Order approving this
19  Stipulation.
20
21  Dated: March 25, 2009                            WILSON SONSINI GOODRICH & ROSATI, P.C.
22                                                    650 Page Mill Road
23                                                    Palo Alto, CA 94304-1050
                                                  Telephone: (650) 493-9300
24                                                    Facsimile: (650) 565-5100
25                                                    By:      /s/ Jerome F. Birn, Jr.
                                                                   Jerome F. Birn, Jr.
26                                                    *Counsel for the Blue Coat Defendants and Nominal Defendant Blue Coat Systems, Inc.*
27
28

STIPULATION AND [PROPOSED] ORDER EXTENDING DATE FOR
CASE MANAGEMENT CONFERENCE
MASTER FILE NO. C-06-4809-JF

2

Dated: March 25, 2009

SHEARMAN & STERLING LLP
Jeffrey S. Facter
Patrick D. Robbins
Emily V. Griffen
525 Market Street, Suite 1500
San Francisco, CA  94105
Telephone: (415) 616-1100
Facsimile:  (415) 616-1199

By:     /s/ Patrick D. Robbins
            Patrick D. Robbins

*Counsel for the Special Committee of the Board of Directors of Nominal Defendant Blue Coat Systems, Inc.*

Dated: March 25, 2009

THE WEISER LAW FIRM, P.C.
Robert B. Weiser
121 N. Wayne Avenue, Suite 100
Wayne, PA 19087
Telephone: (610) 225-2677
Facsimile:  (610) 225-2678

By:    /s/ Robert B. Weiser
            Robert B. Weiser

ROBBINS UMEDA LLP
BRIAN J. ROBBINS
MARC M. UMEDA
DAVID L. MARTIN
610 West Ash Street, Suite 1800
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile:  (619) 525-3991

*Co-Lead Counsel for Plaintiffs*

Dated: March 25 2009

DLA PIPER
Shirli Fabbri Weiss, Esq.
David Priebe, Esq.
Roy K. McDonald, Esq.
David M. Doyle, Esq.
DLA Piper US LLP
401 B Street, Suite 1700
San Diego, CA  92101
Telephone: (619) 699-2700
Facsimile:  (619) 699-2701

By:     /s/ Roy K. McDonald
            Roy K. McDonald

*Counsel for defendant Michael J. Johnson*

STIPULATION AND [PROPOSED] ORDER EXTENDING DATE FOR
CASE MANAGEMENT CONFERENCE
MASTER FILE NO. C-06-4809-JF

3

| | | |
|---|---|---|
| 1 | Dated: March 25, 2009 | BINGHAM MCCUTCHEN LLP |
| 2 | | Charlene S. Shimada, Esq. |
| | | Adrienne L. Taclas, Esq. |
| 3 | | Bingham McCutchen LLP |
| | | Three Embarcadero Center |
| 4 | | San Francisco, CA 94111 |
| | | Telephone: (415) 393-2000 |
| 5 | | Facsimile: (415) 393-2286 |

By:     /s/ Charlene S. Shimada
           Charlene S. Shimada

*Counsel for defendant Susan Thornton*

Dated: March 25, 2009      KATTEN MUCHIN ROSENMAN, LLP
           Bruce G. Vanyo
           Richard H. Zelichov
           2029 Century Park East, Suite 2600
           Los Angeles, CA 90067
           Telephone: (310) 788-4400
           Facsimile: (310) 788-4471

By:     /s/ Richard H. Zelichov
           Richard H. Zelichov

*Counsel for defendant Robert P. Verheecke*

Dated: March 25, 2009      LATHAM & WATKINS, LLP
           Peter A. Wald, Esq.
           Patrick E. Gibbs, Esq.
           David M. Friedman, Esq.
           Viviann C. Stapp, Esq.
           505 Montgomery Street, Suite 2000
           San Francisco, CA 94111-6538
           Telephone: (415) 391-0600
           Facsimile: (415) 395-8095

By:     /s/ David M. Friedman
           David M. Friedman

*Counsel for defendant Ernst & Young LLP*

STIPULATION AND [PROPOSED] ORDER EXTENDING DATE FOR
CASE MANAGEMENT CONFERENCE
MASTER FILE NO. C-06-4809-JF

4

1 **[PROPOSED] ORDER**

2     Based upon the above stipulation of the Parties and for good cause appearing therefore,

3 IT IS SO ORDERED.

4

5

6 Dated: ___3/31___, 2009                           _____

7                                                                  Hon. Jeremy Fogel
                                                                 United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER EXTENDING DATE FOR
CASE MANAGEMENT CONFERENCE
MASTER FILE NO. C-06-4809-JF

5

1 **ATTESTATION PURSUANT TO GENERAL ORDER 45**

2 I, Katherine L. Henderson, attest that concurrence in the filing of this document has been
3 obtained from each of the signatories. I declare under penalty of perjury under the laws of the
4 United States of America that the foregoing is true and correct. Executed this 25th day of March
5 2009 at San Francisco, California.

By: ___/s/ Katherine L. Henderson___
Katherine L. Henderson

*Counsel for the Blue Coat Defendants and Nominal Defendant Blue Coat Systems, Inc.*