Jeffrey S. Facter (State Bar No. 123817)
Patrick D. Robbins (State Bar No. 152288)
Emily V. Griffen (State Bar No. 209162)
Morgan L. Hector (State Bar No. 246573)
SHEARMAN & STERLING LLP
525 Market Street, Suite 1500
San Francisco, CA 94105-2723
Telephone: (415) 616-1100
Facsimile: (415) 616-1199
Email: jfacter@shearman.com
       probbins@shearman.com
       egriffen@shearman.com
       morgan.hector@shearman.com

Attorneys for the Special Committee
of the Board of Directors of Blue Coat
Systems, Inc.

\*\*E-Filed 9/9/2009\*\*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re BLUE COAT SYSTEMS, INC. DERIVATIVE LITIGATION | MASTER FILE NO.: C-06-4809-JF (RS) [Consolidated with C-06-5453] |
| This Document Relates To:<br><br>ALL ACTIONS. | STIPULATION AND [PROPOSED] ORDER EXTENDING DATE FOR CASE MANAGEMENT CONFERENCE<br><br>Current CMC Date: September 11, 2009<br>Proposed CMC Date: December 18, 2009<br>Before: Hon. Jeremy Fogel |

1  WHEREAS, Plaintiffs in this Consolidated Action filed a Verified Amended Consolidated Shareholder Derivative Complaint ("Consolidated Complaint") on November 30, 2007;

WHEREAS, on February 1, 2008, Nominal Defendant Blue Coat Systems, Inc. ("Blue Coat") and Defendant Ernst & Young LLP ("EY") filed motions to dismiss this case on the ground that a demand upon Blue Coat's board of directors (the "Board") to assert claims against the individual Defendants and Defendant EY would not have been futile (the "Demand Futility Motions");

WHEREAS, on February 1, 2008, the individual Defendants and EY filed motions to dismiss the Consolidated Complaint on the grounds that it failed to state a claim for relief against them;

WHEREAS, on February 1, 2008, Defendants Blue Coat and EY filed motions to stay the case and/or to compel mediation and, if necessary, arbitration;

WHEREAS, Plaintiffs decided not to oppose these motions but to instead make a demand on Blue Coat's Board;

WHEREAS, the Parties agreed to, and the Court ordered, a stay of the action to permit Plaintiffs to make their demand upon Blue Coat's Board and to allow the Board to consider such demand;

WHEREAS, in response to Plaintiffs' demand, the Board formed a special committee, composed of directors James Tolonen and Keith Geeslin, which according to the Form 10-Q filed by Blue Coat on December 9, 2008, was granted plenary authority to decide whether it is in the best interests of the Company and its shareholders to pursue or otherwise resolve the claims raised in the demand letter and in the federal and state derivative actions and any other claims of the Company that the special committee deems necessary or appropriate to consider concerning its historical stock option practices;

WHEREAS, the special committee represents that it has been actively engaged in an investigation of Plaintiffs' demand and has been working diligently on the investigation;

STIP AND [PROPOSED] ORDER      1      MASTER FILE NO.:  C-06-4809-JF (RS)
EXTENDING DATE FOR CMC                                              281251

1  WHEREAS, counsel for Plaintiffs and counsel for the special committee have agreed to attempt mediation, to be conducted in late November;

NOW, THEREFORE, the Parties, by and through their undersigned counsel of record, hereby agree and stipulate to the following:

1. The Case Management Conference scheduled for September 11, 2009, together with all associated pre-conference filings (e.g., the Case Management Statement and Rule 26(f) disclosures) shall be continued to December 18, 2009 at 10:30 a.m., or as soon as available thereafter, at which time the Parties will report to the Court about the status of the special committee's work and any attempted mediation;

2. The Parties respectfully request that the Court enter an Order approving this Stipulation.

Dated:   August 27, 2009         SHEARMAN & STERLING LLP
                                 Jeffrey S. Facter
                                 Patrick D. Robbins
                                 Emily V. Griffen
                                 Morgan L. Hector
                                 525 Market Street, Suite 1500
                                 San Francisco, CA  94105
                                 Telephone:  (415) 616-1100
                                 Facsimile:  (415) 616-1199


                                 By:_____/s/ Jeffrey S. Facter_____
                                              Jeffrey S. Facter

                                 Counsel for the Special Committee of the Board of
                                 Directors of Nominal Defendant Blue Coat Systems,
                                 Inc.

Dated:   August 27, 2009         WILSON SONSINI GOODRICH & ROSATI, P.C.
                                 Jerome F. Birn, Jr.
                                 650 Page Mill Road
                                 Palo Alto, CA  94304-1050
                                 Telephone:  (650) 493-9300
                                 Facsimile:  (650) 565-5100


                                 By:_____/s/ Jerome F. Birn, Jr._____
                                              Jerome F. Birn, Jr.

                                 Counsel for the Blue Coat Defendants and Nominal
                                 Defendant Blue Coat Systems, Inc.

STIP AND [PROPOSED] ORDER           2        MASTER FILE NO.:  C-06-4809-JF (RS)
EXTENDING DATE FOR CMC                                                    281251

| | | |
|---|---|---|
| 1 | Dated: August 27, 2009 | THE WEISER LAW FIRM, P.C.<br>Robert B. Weiser<br>121 N. Wayne Avenue, Suite 100<br>Wayne, PA  19087<br>Telephone:  (610) 225-2677<br>Facsimile:  (610) 225-2678 |

By: _____/s/ Robert B. Weiser_____
            Robert B. Weiser

ROBBINS UMEDA LLP
Brian J. Robbins
Marc M. Umeda
David L. Martin
600 B Street, Suite 1900
San Diego, CA  92101
Telephone:  (619) 525-3990
Facsimile:  (619) 525-3991

Co-Lead Counsel for Plaintiffs


Dated: August 27, 2009        DLA PIPER US LLP
Shirli Fabbri Weiss
David Priebe
Roy K. McDonald
David M. Doyle
401 B Street, Suite 1700
San Diego, CA  92101
Telephone:  (619) 699-2700
Facsimile:  (619) 699-2701


By: _____/s/ Shirli F. Weiss_____
            Shirli F. Weiss

Counsel for Defendant Michael J. Johnson


Dated: August 27, 2009        BINGHAM MCCUTCHEN LLP
Charlene S. Shimada
Adrienne L. Taclas
Three Embarcadero Center
San Francisco, CA  94111
Telephone: 415) 393-2000
Facsimile: (415) 393-2286


By: _____/s/ Charlene S. Shimada_____
            Charlene S. Shimada

Counsel for Defendant Susan Thornton

---

STIP AND [PROPOSED] ORDER            3        MASTER FILE NO.:  C-06-4809-JF (RS)
EXTENDING DATE FOR CMC                                                                281251

| | | |
|---|---|---|
| 1 | Dated:   August 27, 2009 | KATTEN MUCHIN ROSENMAN, LLP<br>Bruce G. Vanyo<br>Richard H. Zelichov<br>2029 Century Park East, Suite 2600<br>Los Angeles, CA  90067<br>Telephone:  (310) 788-4400<br>Facsimile:  (310) 788-4471 |

By:_____/s/ Richard H. Zelichov_____
Richard H. Zelichov

Counsel for Defendant Robert P. Verheecke

Dated:   August 27, 2009         LATHAM & WATKINS, LLP
Peter A. Wald
Patrick E. Gibbs
David M. Friedman
Andrew M. Farthing
505 Montgomery Street, Suite 2000
San Francisco, CA  94111-6538
Telephone:  (415) 391-0600
Facsimile:  (415) 395-8095

By:_____/s/ David M. Friedman_____
David M. Friedman

Counsel for Defendant Ernst & Young LLP

STIP AND [PROPOSED] ORDER              4       MASTER FILE NO.:  C-06-4809-JF (RS)
EXTENDING DATE FOR CMC                                                         281251

1 [PROPOSED] ORDER

2   Based upon the above stipulation of the Parties and for good cause appearing
3 therefore, IT IS SO ORDERED.

4

5 Dated: __9/8/2009__, 2009

6 _____
Hon. Jeremy Fogel
United States District Judge

ATTESTATION PURSUANT TO GENERAL ORDER 45

I, Morgan L. Hector, attest that concurrence in the filing of this document has been obtained from each of the signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 27th day of August 2009 at San Francisco, California.

By: /s/ Morgan L. Hector
Morgan L. Hector

Counsel for the Special Committee of the Board of Directors of Nominal Defendant Blue Coat Systems, Inc.