Jeffrey S. Facter (State Bar No. 123817)
Patrick D. Robbins (State Bar No. 152288)
Emily V. Griffen (State Bar No. 209162)
Morgan L. Hector (State Bar No. 246573)
SHEARMAN & STERLING LLP
525 Market Street, Suite 1500
San Francisco, CA  94105-2723
Telephone: (415) 616-1100
Facsimile: (415) 616-1199
Email: jfacter@shearman.com
        probbins@shearman.com
        egriffen@shearman.com
        morgan.hector@shearman.com

Attorneys for the Special Committee
of the Board of Directors of Blue Coat
Systems, Inc.

**E-Filed 12/7/2009**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re BLUE COAT SYSTEMS, INC. DERIVATIVE LITIGATION | MASTER FILE NO.:  C-06-4809-JF (RS) [Consolidated with C-06-5453] |
| This Document Relates To:<br><br>    ALL ACTIONS. | STIPULATION AND [PROPOSED] ORDER EXTENDING DATE FOR CASE MANAGEMENT CONFERENCE<br><br>Current CMC Date:  December 18, 2009<br>Proposed CMC Date:  February 19, 2010<br>Before:  Hon. Jeremy Fogel |

WHEREAS, Plaintiffs in this Consolidated Action filed a Verified Amended Consolidated Shareholder Derivative Complaint ("Consolidated Complaint") on November 30, 2007;

WHEREAS, on February 1, 2008, Nominal Defendant Blue Coat Systems, Inc. ("Blue Coat") and Defendant Ernst & Young LLP ("EY") filed motions to dismiss this case on the ground that a demand upon Blue Coat's board of directors (the "Board") to assert claims against the individual Defendants and Defendant EY would not have been futile (the "Demand Futility Motions");

WHEREAS, on February 1, 2008, the individual Defendants and EY filed motions to dismiss the Consolidated Complaint on the grounds that it failed to state a claim for relief against them;

WHEREAS, on February 1, 2008, Defendants Blue Coat and EY filed motions to stay the case and/or to compel mediation and, if necessary, arbitration;

WHEREAS, Plaintiffs decided not to oppose these motions but to instead make a demand on Blue Coat's Board;

WHEREAS, the Parties agreed to, and the Court ordered, a stay of the action to permit Plaintiffs to make their demand upon Blue Coat's Board and to allow the Board to consider such demand;

WHEREAS, in response to Plaintiffs' demand, the Board formed a special committee, composed of directors James Tolonen and Keith Geeslin, which according to the Form 10-Q filed by Blue Coat on December 9, 2008, was granted plenary authority to decide whether it is in the best interests of the Company and its shareholders to pursue or otherwise resolve the claims raised in the demand letter and in the federal and state derivative actions and any other claims of the Company that the special committee deems necessary or appropriate to consider concerning its historical stock option practices;

WHEREAS, the special committee represents that it has been actively engaged in an investigation of Plaintiffs' demand and has been working diligently on the investigation;

1    WHEREAS, counsel for plaintiffs, counsel for the special committee, counsel for

2 the insurers, and counsel for certain individual defendants attended a mediation session on

3 November 24, 2009 with the Honorable Layn Phillips (Ret.), and those mediation discussions are

4 ongoing;

5    NOW, THEREFORE, the Parties, by and through their undersigned counsel of

6 record, hereby agree and stipulate to the following:

7    1.    The Case Management Conference scheduled for December 18, 2009,

8 together with all associated pre-conference filings (e.g., the Case Management Statement and Rule

9 26(f) disclosures) shall be continued to February 19, 2010 at 10:30 a.m., or as soon as available

10 thereafter, at which time the Parties will report to the Court about the status of the special

11 committee's work and the status of mediation discussions;

12    2.    The Parties respectfully request that the Court enter an Order approving this

13 Stipulation.

14    3.

15 Dated:   December 4, 2009                    SHEARMAN & STERLING LLP

16                                             Jeffrey S. Facter
                                              Patrick D. Robbins
17                                             Emily V. Griffen
                                              Morgan L. Hector
18                                             525 Market Street, Suite 1500
                                              San Francisco, CA  94105
19                                             Telephone:  (415) 616-1100
                                              Facsimile:  (415) 616-1199

20

21                                             By:_____/s/ Jeffrey S. Facter_____
                                                          Jeffrey S. Facter

22                                             Counsel for the Special Committee of the Board of
                                              Directors of Nominal Defendant Blue Coat Systems,
23                                             Inc.

24

25

26

27

28

STIP AND [PROPOSED] ORDER          2     MASTER FILE NO.:  C-06-4809-JF (RS)
EXTENDING DATE FOR CMC                                          283190

1

2   Dated:   December 4, 2009

3

4

5

6

7

8

9   Dated:   December 4, 2009

10

11

12

13

14

15

16

17

18

19

20

21   Dated:   December 4, 2009

22

23

24

25

26

27

28

WILSON SONSINI GOODRICH & ROSATI, P.C.
Jerome F. Birn, Jr.
650 Page Mill Road
Palo Alto, CA  94304-1050
Telephone:  (650) 493-9300
Facsimile:  (650) 565-5100


By: _____ /s/ Jerome F. Birn, Jr. _____
              Jerome F. Birn, Jr.

Counsel for the Blue Coat Defendants and Nominal
Defendant Blue Coat Systems, Inc.


THE WEISER LAW FIRM, P.C.
Robert B. Weiser
121 N. Wayne Avenue, Suite 100
Wayne, PA  19087
Telephone:  (610) 225-2677
Facsimile:  (610) 225-2678


By: _____ /s/ Robert B. Weiser _____
              Robert B. Weiser

ROBBINS UMEDA LLP
Brian J. Robbins
Marc M. Umeda
David L. Martin
600 B Street, Suite 1900
San Diego, CA  92101
Telephone:  (619) 525-3990
Facsimile:  (619) 525-3991

Co-Lead Counsel for Plaintiffs


DLA PIPER US LLP
Shirli Fabbri Weiss
David Priebe
Roy K. McDonald
David M. Doyle
401 B Street, Suite 1700
San Diego, CA  92101
Telephone:  (619) 699-2700
Facsimile:  (619) 699-2701


By: _____ /s/ Shirli F. Weiss _____
              Shirli F. Weiss

Counsel for Defendant Michael J. Johnson

---

1

Dated:   December 4, 2009

BINGHAM MCCUTCHEN LLP
Charlene S. Shimada
Adrienne L. Taclas
Three Embarcadero Center
San Francisco, CA  94111
Telephone:  (415) 393-2000
Facsimile:  (415) 393-2286

By:_____/s/ Charlene S. Shimada_____
              Charlene S. Shimada

Counsel for Defendant Susan Thornton

Dated:   December 4, 2009

KATTEN MUCHIN ROSENMAN, LLP
Bruce G. Vanyo
Richard H. Zelichov
2029 Century Park East, Suite 2600
Los Angeles, CA  90067
Telephone:  (310) 788-4400
Facsimile:  (310) 788-4471

By:_____/s/ Richard H. Zelichov_____
              Richard H. Zelichov

Counsel for Defendant Robert P. Verheecke

Dated:   December 4, 2009

LATHAM & WATKINS, LLP
Peter A. Wald
Patrick E. Gibbs
David M. Friedman
Andrew M. Farthing
505 Montgomery Street, Suite 2000
San Francisco, CA  94111-6538
Telephone:  (415) 391-0600
Facsimile:  (415) 395-8095

By:_____/s/ David M. Friedman_____
              David M. Friedman

Counsel for Defendant Ernst & Young LLP

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER

Based upon the above stipulation of the Parties and for good cause appearing

therefore, IT IS SO ORDERED.

Dated:   December 7 , 2009

_____
Hon. Jeremy Fogel
United States District Judge

1

ATTESTATION PURSUANT TO GENERAL ORDER 45

2

I, Emily V. Griffen, attest that concurrence in the filing of this document has been

3

obtained from each of the signatories.  I declare under penalty of perjury under the laws of the

4

United States of America that the foregoing is true and correct.   Executed this 4th day of

5

December 2009 at San Francisco, California.

6

7

By:_____/s/ Emily V. Griffen_____
        Emily V. Griffen

8

Counsel for the Special Committee of the Board of

9

Directors of Nominal Defendant Blue Coat Systems,
Inc.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28