Jeffrey S. Facter (State Bar No. 123817)
Patrick D. Robbins (State Bar No. 152288)
Emily V. Griffen (State Bar No. 209162)
SHEARMAN & STERLING LLP
525 Market Street, Suite 1500
San Francisco, CA  94105-2723
Telephone: (415) 616-1100
Facsimile: (415) 616-1199
Email: jfacter@shearman.com
       probbins@shearman.com
       egriffen@shearman.com

Attorneys for the Special Committee
of the Board of Directors of Blue Coat
Systems, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re BLUE COAT SYSTEMS, INC. DERIVATIVE LITIGATION | MASTER FILE NO.: C-06-4809-JF (RS) [Consolidated with C-06-5453] |
| | STIPULATION AND [PROPOSED] ORDER EXTENDING DATE FOR CASE MANAGEMENT CONFERENCE |
| This Document Relates To: ALL ACTIONS. | Current CMC Date:  April 2, 2010<br>Proposed CMC Date:  June 4, 2010<br>Before:  Hon. Jeremy Fogel |

1    WHEREAS, Plaintiffs in this Consolidated Action filed a Verified Amended
2 Consolidated Shareholder Derivative Complaint ("Consolidated Complaint") on November 30,
3 2007;
4    WHEREAS, on February 1, 2008, Nominal Defendant Blue Coat Systems, Inc.
5 ("Blue Coat") and Defendant Ernst & Young LLP ("EY") filed motions to dismiss this case on the
6 ground that a demand upon Blue Coat's board of directors (the "Board") to assert claims against
7 the individual Defendants and Defendant EY would not have been futile (the "Demand Futility
8 Motions");
9    WHEREAS, on February 1, 2008, the individual Defendants and EY filed motions
10 to dismiss the Consolidated Complaint on the grounds that it failed to state a claim for relief
11 against them;
12    WHEREAS, on February 1, 2008, Defendants Blue Coat and EY filed motions to
13 stay the case and/or to compel mediation and, if necessary, arbitration;
14    WHEREAS, Plaintiffs decided not to oppose these motions but to instead make a
15 demand on Blue Coat's Board;
16    WHEREAS, the Parties agreed to, and the Court ordered, a stay of the action to
17 permit Plaintiffs to make their demand upon Blue Coat's Board and to allow the Board to consider
18 such demand;
19    WHEREAS, in response to Plaintiffs' demand, the Board formed a special
20 committee, composed of directors James Tolonen and Keith Geeslin, which according to the Form
21 10-Q filed by Blue Coat on December 9, 2008, was granted plenary authority to decide whether it
22 is in the best interests of the Company and its shareholders to pursue or otherwise resolve the
23 claims raised in the demand letter and in the federal and state derivative actions and any other
24 claims of the Company that the special committee deems necessary or appropriate to consider
25 concerning its historical stock option practices;
26    WHEREAS, the special committee represents that it has been actively engaged in
27 an investigation of Plaintiffs' demand and has been working diligently on the investigation;
28

WHEREAS, counsel for plaintiffs, counsel for the special committee, counsel for the insurers, and counsel for certain individual defendants attended a mediation session on November 24, 2009 with the Honorable Layn Phillips (Ret.), and those mediation discussions are ongoing;

NOW, THEREFORE, the Parties, by and through their undersigned counsel of record, hereby agree and stipulate to the following:

1. The Case Management Conference scheduled for April 2, 2010, together with all associated pre-conference filings (e.g., the Case Management Statement and Rule 26(f) disclosures) shall be continued to ~~June 4, 2010~~ June 11, 2010 at 10:30 a.m., or as soon as available thereafter, at which time the Parties will report to the Court about the status of the special committee's work and the status of mediation discussions;

2. The Parties respectfully request that the Court enter an Order approving this Stipulation.

Dated: March 26, 2010

SHEARMAN & STERLING LLP
Jeffrey S. Facter
Patrick D. Robbins
Emily V. Griffen
525 Market Street, Suite 1500
San Francisco, CA  94105
Telephone:  (415) 616-1100
Facsimile:  (415) 616-1199

By: _____/s/ Jeffrey S. Facter_____
         Jeffrey S. Facter

Counsel for the Special Committee of the Board of Directors of Nominal Defendant Blue Coat Systems, Inc.

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated:  March 26, 2010 | WILSON SONSINI GOODRICH & ROSATI, P.C.<br>Jerome F. Birn, Jr.<br>650 Page Mill Road<br>Palo Alto, CA  94304-1050<br>Telephone:  (650) 493-9300<br>Facsimile:  (650) 565-5100 |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | By:_____/s/ Jerome F. Birn, Jr._____<br>         Jerome F. Birn, Jr. |
| 7 | | Counsel for the Blue Coat Defendants and Nominal Defendant Blue Coat Systems, Inc. |
| 8 | | |
| 9 | Dated:  March 26, 2010 | THE WEISER LAW FIRM, P.C.<br>Robert B. Weiser<br>121 N. Wayne Avenue, Suite 100<br>Wayne, PA  19087<br>Telephone:  (610) 225-2677<br>Facsimile:  (610) 225-2678 |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | By:_____/s/ Robert B. Weiser_____<br>         Robert B. Weiser |
| 14 | | ROBBINS UMEDA LLP<br>Brian J. Robbins<br>Marc M. Umeda<br>David L. Martin<br>600 B Street, Suite 1900<br>San Diego, CA  92101<br>Telephone:  (619) 525-3990<br>Facsimile:  (619) 525-3991 |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | Co-Lead Counsel for Plaintiffs |
| 20 | | |
| 21 | Dated:  March 26, 2010 | DLA PIPER US LLP<br>Shirli Fabbri Weiss<br>David Priebe<br>Roy K. McDonald<br>David M. Doyle<br>401 B Street, Suite 1700<br>San Diego, CA  92101<br>Telephone:  (619) 699-2700<br>Facsimile:  (619) 699-2701 |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | By:_____/s/ Shirli F. Weiss_____<br>         Shirli F. Weiss |
| 27 | | Counsel for Defendant Michael J. Johnson |
| 28 | | |

Dated: March 26, 2010

BINGHAM MCCUTCHEN LLP
Charlene S. Shimada
Adrienne L. Taclas
Three Embarcadero Center
San Francisco, CA 94111
Telephone: 415) 393-2000
Facsimile: (415) 393-2286

By: _____/s/ Charlene S. Shimada_____
         Charlene S. Shimada

Counsel for Defendant Susan Thornton

Dated: March 26, 2010

KATTEN MUCHIN ROSENMAN, LLP
Bruce G. Vanyo
Richard H. Zelichov
2029 Century Park East, Suite 2600
Los Angeles, CA 90067
Telephone: (310) 788-4400
Facsimile: (310) 788-4471

By: _____/s/ Richard H. Zelichov_____
         Richard H. Zelichov

Counsel for Defendant Robert P. Verheecke

Dated: March 26, 2010

LATHAM & WATKINS, LLP
Peter A. Wald
Patrick E. Gibbs
David M. Friedman
Andrew M. Farthing
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: (415) 391-0600
Facsimile: (415) 395-8095

By: _____/s/ David M. Friedman_____
         David M. Friedman

Counsel for Defendant Ernst & Young LLP

STIP AND [PROPOSED] ORDER
EXTENDING DATE FOR CMC

4

MASTER FILE NO.: C-06-4809-JF (RS)
286388

1  [PROPOSED] ORDER

2  Based upon the above stipulation of the Parties and for good cause appearing

3  therefore, IT IS SO ORDERED.

5  Dated: __March 31__, 2010         _____/s/ Jeremy Fogel_____
                                      Hon. Jeremy Fogel
6                                     United States District Judge

ATTESTATION PURSUANT TO GENERAL ORDER 45

I, Emily V. Griffen, attest that concurrence in the filing of this document has been obtained from each of the signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 26th day of March, 2010 at San Francisco, California.

By: /s/ Emily V. Griffen
Emily V. Griffen

Counsel for the Special Committee of the Board of Directors of Nominal Defendant Blue Coat Systems, Inc.