1   Jeffrey S. Facter (State Bar No. 123817)
    Patrick D. Robbins (State Bar No. 152288)          **E-Filed 6/9/2010**
2   Emily V. Griffen (State Bar No. 209162)
    SHEARMAN & STERLING LLP
3   525 Market Street, Suite 1500
    San Francisco, CA  94105-2723
4   Telephone: (415) 616-1100
    Facsimile: (415) 616-1199
5   Email: jfacter@shearman.com
           probbins@shearman.com
6          egriffen@shearman.com

7   Attorneys for the Special Committee
    of the Board of Directors of Blue Coat
8   Systems, Inc.

9

10                      UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                            SAN JOSE DIVISION

13   In re BLUE COAT SYSTEMS, INC.          MASTER FILE NO.:  C-06-4809-JF (RS)
     DERIVATIVE LITIGATION                  [Consolidated with C-06-5453]
14

15   _____   STIPULATION AND [PROPOSED]
                                              ORDER EXTENDING DATE FOR CASE
16                                            MANAGEMENT CONFERENCE

17   This Document Relates To:

         ALL ACTIONS.
18                                           Current CMC Date:  June 11, 2010
                                             Proposed CMC Date:  July 16, 2010
19                                           Before:  Hon. Jeremy Fogel

20

21

22

23

24

25

26

27

28

STIP AND [PROPOSED] ORDER                MASTER FILE NO.:  C-06-4809-JF (RS)
EXTENDING DATE FOR CMC
                                                                        287962

WHEREAS, Plaintiffs in this Consolidated Action filed a Verified Amended Consolidated Shareholder Derivative Complaint ("Consolidated Complaint") on November 30, 2007;

WHEREAS, on February 1, 2008, Nominal Defendant Blue Coat Systems, Inc. ("Blue Coat") and Defendant Ernst & Young LLP ("EY") filed motions to dismiss this case on the ground that a demand upon Blue Coat's board of directors (the "Board") to assert claims against the individual Defendants and Defendant EY would not have been futile (the "Demand Futility Motions");

WHEREAS, on February 1, 2008, the individual Defendants and EY filed motions to dismiss the Consolidated Complaint on the grounds that it failed to state a claim for relief against them;

WHEREAS, on February 1, 2008, Defendants Blue Coat and EY filed motions to stay the case and/or to compel mediation and, if necessary, arbitration;

WHEREAS, Plaintiffs decided not to oppose these motions but to instead make a demand on Blue Coat's Board;

WHEREAS, the Parties agreed to, and the Court ordered, a stay of the action to permit Plaintiffs to make their demand upon Blue Coat's Board and to allow the Board to consider such demand;

WHEREAS, in response to Plaintiffs' demand, the Board formed a special committee, composed of directors James Tolonen and Keith Geeslin, which according to the Form 10-Q filed by Blue Coat on December 9, 2008, was granted plenary authority to decide whether it is in the best interests of the Company and its shareholders to pursue or otherwise resolve the claims raised in the demand letter and in the federal and state derivative actions and any other claims of the Company that the special committee deems necessary or appropriate to consider concerning its historical stock option practices;

WHEREAS, the special committee represents that it has been actively engaged in an investigation of Plaintiffs' demand and has been working diligently on the investigation;

STIP AND [PROPOSED] ORDER                    1        MASTER FILE NO.:  C-06-4809-JF (RS)
EXTENDING DATE FOR CMC                                                287962

1          WHEREAS, counsel for plaintiffs, counsel for the special committee, counsel for

2  the insurers, and counsel for certain individual defendants attended a mediation session on

3  November 24, 2009 with the Honorable Layn Phillips (Ret.);

4          WHEREAS, counsel for plaintiffs, counsel for the special committee, counsel for

5  the insurers, and counsel for individual defendants thereafter reached a settlement in principle of

6  this action and preparation of settlement documentation is underway;

7          NOW, THEREFORE, the Parties, by and through their undersigned counsel of

8  record, hereby agree and stipulate to the following:

9          1.     The Case Management Conference scheduled for June 11, 2010, together

10  with all associated pre-conference filings (e.g., the Case Management Statement and Rule 26(f)

11  disclosures) shall be continued to July 16, 2010 at 10:30 a.m., or as soon as available thereafter, at

12  which time the Parties will report to the Court on the status of the settlement in principle;

13          2.     The Parties respectfully request that the Court enter an Order approving this

14  Stipulation.

15

16  Dated:  June 4, 2010               SHEARMAN & STERLING LLP

17                                Jeffrey S. Facter

                                   Patrick D. Robbins

18                                Emily V. Griffen

                                   525 Market Street, Suite 1500

19                                San Francisco, CA  94105

                                   Telephone:  (415) 616-1100

20                                Facsimile:  (415) 616-1199

21                          By:          /s/ Jeffrey S. Facter

                                   Jeffrey S. Facter

22

23                         Counsel for the Special Committee of the Board of

                         Directors of Nominal Defendant Blue Coat Systems,

                         Inc.

24

25

26

27

28

1

Dated:   June 4, 2010

2

WILSON SONSINI GOODRICH & ROSATI, P.C.
Jerome F. Birn, Jr.
650 Page Mill Road

3

Palo Alto, CA  94304-1050
Telephone:  (650) 493-9300
Facsimile:  (650) 565-5100

4

5

By:_____/s/ Jerome F. Birn, Jr._____
                          Jerome F. Birn, Jr.

6

7

Counsel for the Blue Coat Defendants and Nominal
Defendant Blue Coat Systems, Inc.

8

Dated:   June 4, 2010

9

THE WEISER LAW FIRM, P.C.
Robert B. Weiser
121 N. Wayne Avenue, Suite 100

10

Wayne, PA  19087
Telephone:  (610) 225-2677
Facsimile:  (610) 225-2678

11

12

By:_____/s/ Robert B. Weiser_____
                          Robert B. Weiser

13

14

ROBBINS UMEDA LLP
Brian J. Robbins

15

Marc M. Umeda
David L. Martin

16

600 B Street, Suite 1900
San Diego, CA  92101

17

Telephone:  (619) 525-3990
Facsimile:  (619) 525-3991

18

Co-Lead Counsel for Plaintiffs

19

20

Dated:   June 4, 2010

DLA PIPER US LLP
Shirli Fabbri Weiss

21

David Priebe
Roy K. McDonald

22

David M. Doyle
401 B Street, Suite 1700

23

San Diego, CA  92101
Telephone:  (619) 699-2700
Facsimile:  (619) 699-2701

24

25

By:_____/s/ Shirli F. Weiss_____
                          Shirli F. Weiss

26

27

Counsel for Defendant Michael J. Johnson

28

1    Dated:   June 4, 2010

2

3

4

5

6

7

8    Dated:   June 4, 2010

9

10

11

12

13

14

15

16   Dated:   June 4, 2010

17

18

19

20

21

22

23

24

25

26

27

28

BINGHAM MCCUTCHEN LLP
Charlene S. Shimada
Adrienne L. Taclas
Three Embarcadero Center
San Francisco, CA  94111
Telephone:  415) 393-2000
Facsimile:  (415) 393-2286


By:_____/s/ Charlene S. Shimada_____
            Charlene S. Shimada

Counsel for Defendant Susan Thornton


KATTEN MUCHIN ROSENMAN, LLP
Bruce G. Vanyo
Richard H. Zelichov
2029 Century Park East, Suite 2600
Los Angeles, CA  90067
Telephone:  (310) 788-4400
Facsimile:  (310) 788-4471


By:_____/s/ Richard H. Zelichov_____
            Richard H. Zelichov

Counsel for Defendant Robert P. Verheecke


LATHAM & WATKINS, LLP
Peter A. Wald
Patrick E. Gibbs
David M. Friedman
Andrew M. Farthing
505 Montgomery Street, Suite 2000
San Francisco, CA  94111-6538
Telephone:  (415) 391-0600
Facsimile:  (415) 395-8095


By:_____/s/ David M. Friedman_____
            David M. Friedman

Counsel for Defendant Ernst & Young LLP

---

STIP AND [PROPOSED] ORDER          4      MASTER FILE NO.:  C-06-4809-JF (RS)
EXTENDING DATE FOR CMC                                            287962

1

[~~PROPOSED~~] ORDER

2       Based upon the above stipulation of the Parties and for good cause appearing

3  therefore, IT IS SO ORDERED.

4

5  Dated:    June 9    , 2010          _____
                                        Hon. Jeremy Fogel
6                                       United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIP AND [PROPOSED] ORDER            5     MASTER FILE NO.:  C-06-4809-JF (RS)
EXTENDING DATE FOR CMC                                            287962

1

ATTESTATION PURSUANT TO GENERAL ORDER 45

2

I, Emily V. Griffen, attest that concurrence in the filing of this document has been

3

obtained from each of the signatories.  I declare under penalty of perjury under the laws of the

4

United States of America that the foregoing is true and correct.  Executed this 4th day of June,

5

2010 at San Francisco, California.

6

7

By:_____/s/ Emily V. Griffen_____
                                    Emily V. Griffen

8

Counsel for the Special Committee of the Board of
Directors of Nominal Defendant Blue Coat Systems,

9

Inc.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28