Jeffrey S. Facter (State Bar No. 123817)
Patrick D. Robbins (State Bar No. 152288)
Emily V. Griffen (State Bar No. 209162)
Sean T. Strauss (State Bar No. 245811)
SHEARMAN & STERLING LLP
525 Market Street, Suite 1500
San Francisco, CA 94105-2723
Telephone: (415) 616-1100
Facsimile: (415) 616-1199
Email: jfacter@shearman.com
       probbins@shearman.com
       egriffen@shearman.com
       sean.strauss@shearman.com

Attorneys for the Special Committee
of the Board of Directors of Blue Coat
Systems, Inc.

**E-Filed 7/12/2010**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re BLUE COAT SYSTEMS, INC. DERIVATIVE LITIGATION | MASTER FILE NO.: C-06-4809-JF (RS) [Consolidated with C-06-5453] |
| This Document Relates To:<br><br>ALL ACTIONS. | STIPULATION AND [PROPOSED] ORDER EXTENDING DATE FOR CASE MANAGEMENT CONFERENCE<br><br>Current CMC Date: July 16, 2010<br>Proposed CMC Date: August 13, 2010<br>Before: Hon. Jeremy Fogel |

1  WHEREAS, Plaintiffs in this Consolidated Action filed a Verified Amended Consolidated Shareholder Derivative Complaint ("Consolidated Complaint") on November 30, 2007;

WHEREAS, on February 1, 2008, Nominal Defendant Blue Coat Systems, Inc. ("Blue Coat") and Defendant Ernst & Young LLP ("EY") filed motions to dismiss this case on the ground that a demand upon Blue Coat's board of directors (the "Board") to assert claims against the individual Defendants and Defendant EY would not have been futile (the "Demand Futility Motions");

WHEREAS, on February 1, 2008, the individual Defendants and EY filed motions to dismiss the Consolidated Complaint on the grounds that it failed to state a claim for relief against them;

WHEREAS, on February 1, 2008, Defendants Blue Coat and EY filed motions to stay the case and/or to compel mediation and, if necessary, arbitration;

WHEREAS, Plaintiffs decided not to oppose these motions but to instead make a demand on Blue Coat's Board;

WHEREAS, the Parties agreed to, and the Court ordered, a stay of the action to permit Plaintiffs to make their demand upon Blue Coat's Board and to allow the Board to consider such demand;

WHEREAS, in response to Plaintiffs' demand, the Board formed a special committee, composed of directors James Tolonen and Keith Geeslin, which according to the Form 10-Q filed by Blue Coat on December 9, 2008, was granted plenary authority to decide whether it is in the best interests of the Company and its shareholders to pursue or otherwise resolve the claims raised in the demand letter and in the federal and state derivative actions and any other claims of the Company that the special committee deems necessary or appropriate to consider concerning its historical stock option practices;

WHEREAS, the special committee represents that it has been actively engaged in an investigation of Plaintiffs' demand and has been working diligently on the investigation;

WHEREAS, counsel for plaintiffs, counsel for the special committee, counsel for

the insurers, and counsel for certain individual defendants attended a mediation session on November 24, 2009 with the Honorable Layn Phillips (Ret.);

WHEREAS, following the mediation, counsel for Plaintiffs, counsel for the special committee, counsel for the insurers, and counsel for individual Defendants continued to engage in extensive arm's length settlement discussions, with additional assistance from the mediator;

WHEREAS, Plaintiffs, certain of the individual Defendants, Defendant E&Y, and nominal Defendant Blue Coat, by and through its special committee, each by and through their respective counsel, have reached a settlement in principle of this action and preparation of settlement documentation is underway;

NOW, THEREFORE, the Parties, by and through their undersigned counsel of record, hereby agree and stipulate to the following:

1. The Case Management Conference scheduled for July 16, 2010, together with all associated pre-conference filings (e.g., the Case Management Statement and Rule 26(f) disclosures) shall be continued to August 13, 2010 at 10:30 a.m., or as soon as available thereafter, at which time the Parties will report to the Court about the status of the special committee's work and the status of settlement documentation;

2. The Parties respectfully request that the Court enter an Order approving this Stipulation.

Dated:  July 9, 2010

SHEARMAN & STERLING LLP
Jeffrey S. Facter
Patrick D. Robbins
Emily V. Griffen
Sean T. Strauss
525 Market Street, Suite 1500
San Francisco, CA  94105
Telephone:  (415) 616-1100
Facsimile:  (415) 616-1199

By:_____/s_____
            Jeffrey S. Facter

Counsel for the Special Committee of the Board of Directors of Nominal Defendant Blue Coat Systems, Inc.

| | |
|---|---|
| Dated: July 9, 2010 | WILSON SONSINI GOODRICH & ROSATI, P.C.<br>Jerome F. Birn, Jr.<br>650 Page Mill Road<br>Palo Alto, CA  94304-1050<br>Telephone:  (650) 493-9300<br>Facsimile:  (650) 565-5100<br><br>By:_____/s_____<br>        Jerome F. Birn, Jr.<br><br>Counsel for the Blue Coat Defendants and Nominal Defendant Blue Coat Systems, Inc. |
| Dated: July 9, 2010 | THE WEISER LAW FIRM, P.C.<br>Robert B. Weiser<br>121 N. Wayne Avenue, Suite 100<br>Wayne, PA  19087<br>Telephone:  (610) 225-2677<br>Facsimile:  (610) 225-2678<br><br>By:_____/s_____<br>        Robert B. Weiser |
| Dated: July 9, 2010 | ROBBINS UMEDA LLP<br>Brian J. Robbins<br>Marc M. Umeda<br>600 B Street, Suite 1900<br>San Diego, CA  92101<br>Telephone:  (619) 525-3990<br>Facsimile:  (619) 525-3991<br><br>By:_____/s_____<br>        Marc M. Umeda<br><br>Co-Lead Counsel for Plaintiffs |
| Dated: July 9, 2010 | DLA PIPER US LLP<br>Shirli Fabbri Weiss<br>David Priebe<br>Roy K. McDonald<br>David M. Doyle<br>401 B Street, Suite 1700<br>San Diego, CA  92101<br>Telephone:  (619) 699-2700<br>Facsimile:  (619) 699-2701<br><br>By:_____/s_____<br>        Shirli F. Weiss |

STIP AND [PROPOSED] ORDER EXTENDING DATE FOR CMC     3     MASTER FILE NO.: C-06-4809-JF (RS)

289119

|   |   |
|---|---|
|   | Counsel for Defendant Michael J. Johnson |
| Dated:  July 9, 2010 | BINGHAM MCCUTCHEN LLP<br>Charlene S. Shimada<br>Adrienne L. Taclas<br>Three Embarcadero Center<br>San Francisco, CA  94111<br>Telephone:  415) 393-2000<br>Facsimile:  (415) 393-2286 |
|   | By:_____/s/_____<br>               Charlene S. Shimada |
|   | Counsel for Defendant Susan Thornton |
| Dated:  July 9, 2010 | KATTEN MUCHIN ROSENMAN, LLP<br>Bruce G. Vanyo<br>Richard H. Zelichov<br>2029 Century Park East, Suite 2600<br>Los Angeles, CA  90067<br>Telephone:  (310) 788-4400<br>Facsimile:  (310) 788-4471 |
|   | By:_____/s/_____<br>               Richard H. Zelichov |
|   | Counsel for Defendant Robert P. Verheecke |
| Dated:  July 9, 2010 | LATHAM & WATKINS, LLP<br>Peter A. Wald<br>Patrick E. Gibbs<br>David M. Friedman<br>Andrew M. Farthing<br>505 Montgomery Street, Suite 2000<br>San Francisco, CA  94111-6538<br>Telephone:  (415) 391-0600<br>Facsimile:  (415) 395-8095 |
|   | By:_____/s/_____<br>               David M. Friedman |
|   | Counsel for Defendant Ernst & Young LLP |

[PROPOSED] ORDER

Based upon the above stipulation of the Parties and for good cause appearing therefore, IT IS SO ORDERED.

Dated: 7/12/2010 , 2010

_____
JEREMY FOGEL
United States District Judge

ATTESTATION PURSUANT TO GENERAL ORDER 45

I, Sean T. Strauss, attest that concurrence in the filing of this document has been obtained from each of the signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 9th day of July, 2010 at San Francisco, California.

By: _____

Counsel for the Special Committee of the Board of Directors of Nominal Defendant Blue Coat Systems, Inc.

STIP AND [PROPOSED] ORDER
EXTENDING DATE FOR CMC                6        MASTER FILE NO.: C-06-4809-JF (RS)
                                               289119