**E-Filed 8/11/2010**

1  Jeffrey S. Facter (State Bar No. 123817)
   Patrick D. Robbins (State Bar No. 152288)
2  Emily V. Griffen (State Bar No. 209162)
   Sean T. Strauss (State Bar No. 245811)
3  SHEARMAN & STERLING LLP
   525 Market Street, Suite 1500
4  San Francisco, CA  94105-2723
   Telephone: (415) 616-1100
5  Facsimile: (415) 616-1199
   Email: jfacter@shearman.com
6         probbins@shearman.com
          egriffen@shearman.com
7         sean.strauss@shearman.com

8  Attorneys for the Special Committee
   of the Board of Directors of Blue Coat
9  Systems, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re BLUE COAT SYSTEMS, INC. DERIVATIVE LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | MASTER FILE NO.: C-06-4809-JF (RS)<br>[Consolidated with C-06-5453]<br><br>STIPULATION AND [PROPOSED] ORDER EXTENDING DATE FOR CASE MANAGEMENT CONFERENCE<br><br>Current CMC Date:  August 13, 2010<br>Proposed CMC Date:  September 3, 2010<br>Before:  Hon. Jeremy Fogel |

1  WHEREAS, Plaintiffs in this Consolidated Action filed a Verified Amended
2  Consolidated Shareholder Derivative Complaint ("Consolidated Complaint") on November 30,
3  2007;
4  WHEREAS, on February 1, 2008, Nominal Defendant Blue Coat Systems, Inc.
5  ("Blue Coat") and Defendant Ernst & Young LLP ("EY") filed motions to dismiss this case on the
6  ground that a demand upon Blue Coat's board of directors (the "Board") to assert claims against
7  the individual Defendants and Defendant EY would not have been futile (the "Demand Futility
8  Motions");
9  WHEREAS, on February 1, 2008, the individual Defendants and EY filed motions
10 to dismiss the Consolidated Complaint on the grounds that it failed to state a claim for relief
11 against them;
12 WHEREAS, on February 1, 2008, Defendants Blue Coat and EY filed motions to
13 stay the case and/or to compel mediation and, if necessary, arbitration;
14 WHEREAS, Plaintiffs decided not to oppose these motions but to instead make a
15 demand on Blue Coat's Board;
16 WHEREAS, the Parties agreed to, and the Court ordered, a stay of the action to
17 permit Plaintiffs to make their demand upon Blue Coat's Board and to allow the Board to consider
18 such demand;
19 WHEREAS, in response to Plaintiffs' demand, the Board formed a special
20 committee, composed of directors James Tolonen and Keith Geeslin, which according to the Form
21 10-Q filed by Blue Coat on December 9, 2008, was granted plenary authority to decide whether it
22 is in the best interests of the Company and its shareholders to pursue or otherwise resolve the
23 claims raised in the demand letter and in the federal and state derivative actions and any other
24 claims of the Company that the special committee deems necessary or appropriate to consider
25 concerning its historical stock option practices;
26 WHEREAS, the special committee represents that it has been actively engaged in
27 an investigation of Plaintiffs' demand and has been working diligently on the investigation;
28

1 WHEREAS, counsel for plaintiffs, counsel for the special committee, counsel for the insurers, and counsel for certain individual defendants attended a mediation session on November 24, 2009 with the Honorable Layn Phillips (Ret.);

WHEREAS, following the mediation, counsel for Plaintiffs, counsel for the special committee, counsel for the insurers, and counsel for individual Defendants continued to engage in extensive arm's length settlement discussions, with additional assistance from the mediator;

WHEREAS, Plaintiffs, certain of the individual Defendants, Defendant EY, and nominal Defendant Blue Coat, by and through its special committee, each by and through their respective counsel, have reached a settlement in principle of this action and preparation of settlement documentation is underway;

NOW, THEREFORE, the Parties, by and through their undersigned counsel of record, hereby agree and stipulate to the following:

1.  The Case Management Conference scheduled for August 13, 2010, together with all associated pre-conference filings (e.g., the Case Management Statement and Rule 26(f) disclosures) shall be continued to September 3, 2010 at 10:30 a.m., or as soon as available thereafter, at which time the Parties will report to the Court about the status of the special committee's work and the status of settlement documentation;

2.  The Parties respectfully request that the Court enter an Order approving this Stipulation.

Dated:  August 6, 2010         SHEARMAN & STERLING LLP
                               Jeffrey S. Facter
                               Patrick D. Robbins
                               Emily V. Griffen
                               Sean T. Strauss
                               525 Market Street, Suite 1500
                               San Francisco, CA  94105
                               Telephone:  (415) 616-1100
                               Facsimile:  (415) 616-1199

                               By:_____/s_____
                                         Emily V. Griffen

                               Counsel for the Special Committee of the Board of
                               Directors of Nominal Defendant Blue Coat Systems,
                               Inc.

Dated: August 6, 2010

WILSON SONSINI GOODRICH & ROSATI, P.C.
Jerome F. Birn, Jr.
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

By: _____/s/_____
Jerome F. Birn, Jr.

Counsel for the Blue Coat Defendants and Nominal Defendant Blue Coat Systems, Inc.

Dated: August 6, 2010

THE WEISER LAW FIRM, P.C.
Robert B. Weiser
121 N. Wayne Avenue, Suite 100
Wayne, PA 19087
Telephone: (610) 225-2677
Facsimile: (610) 225-2678

By: _____/s/_____
Robert B. Weiser

Dated: August 6, 2010

ROBBINS UMEDA LLP
Brian J. Robbins
Marc M. Umeda
600 B Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991

By: _____/s/_____
Marc M. Umeda

Co-Lead Counsel for Plaintiffs

Dated: August 6, 2010

DLA PIPER US LLP
Shirli Fabbri Weiss
David Priebe
Roy K. McDonald
David M. Doyle
401 B Street, Suite 1700
San Diego, CA 92101
Telephone: (619) 699-2700
Facsimile: (619) 699-2701

By: _____/s/_____
Shirli F. Weiss

Counsel for Defendant Michael J. Johnson

| | | |
|---|---|---|
| 1 | Dated:   August 6, 2010 | BINGHAM MCCUTCHEN LLP<br>Charlene S. Shimada<br>Three Embarcadero Center<br>San Francisco, CA  94111<br>Telephone:  415) 393-2000<br>Facsimile:  (415) 393-2286 |

By: _____/s/_____
           Charlene S. Shimada

Counsel for Defendant Susan Thornton

Dated:   August 6, 2010

KATTEN MUCHIN ROSENMAN, LLP
Bruce G. Vanyo
Richard H. Zelichov
2029 Century Park East, Suite 2600
Los Angeles, CA  90067
Telephone:  (310) 788-4400
Facsimile:  (310) 788-4471

By: _____/s/_____
           Richard H. Zelichov

Counsel for Defendant Robert P. Verheecke

Dated:   August 6, 2010

LATHAM & WATKINS LLP
Peter A. Wald
Patrick E. Gibbs
David M. Friedman
Andrew M. Farthing
505 Montgomery Street, Suite 2000
San Francisco, CA  94111-6538
Telephone:  (415) 391-0600
Facsimile:  (415) 395-8095

By: _____/s/_____
           David M. Friedman

Counsel for Defendant Ernst & Young LLP

1                                                   [PROPOSED] ORDER

2            Based upon the above stipulation of the Parties and for good cause appearing

3 therefore, IT IS SO ORDERED.

4

5 Dated: _____August 9_____, 2010                _____

6                                                           JEREMY FOGEL
                                                          United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ATTESTATION PURSUANT TO GENERAL ORDER 45

I, Emily V. Griffen, attest that concurrence in the filing of this document has been obtained from each of the signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 6th day of August, 2010 at San Francisco, California.

By: _____/s_____
         Emily V. Griffen

Counsel for the Special Committee of the Board of Directors of Nominal Defendant Blue Coat Systems, Inc.