1  Jeffrey S. Facter (State Bar No. 123817)
   Patrick D. Robbins (State Bar No. 152288)
2  Emily V. Griffen (State Bar No. 209162)
   Sean T. Strauss (State Bar No. 245811)
3  SHEARMAN & STERLING LLP
   525 Market Street, Suite 1500
4  San Francisco, CA  94105-2723
   Telephone: (415) 616-1100
5  Facsimile: (415) 616-1199
   Email: jfacter@shearman.com
6         probbins@shearman.com
          egriffen@shearman.com
7         sean.strauss@shearman.com

8  Attorneys for the Special Committee
   of the Board of Directors of Blue Coat
9  Systems, Inc.

10

11                 UNITED STATES DISTRICT COURT

12                 NORTHERN DISTRICT OF CALIFORNIA

13                         SAN JOSE DIVISION

14

| In re BLUE COAT SYSTEMS, INC. DERIVATIVE LITIGATION | MASTER FILE NO.: C-06-4809-JF (RS) [Consolidated with C-06-5453] |
|---|---|
| This Document Relates To: ALL ACTIONS. | STIPULATION AND [PROPOSED] ORDER VACATING DATE FOR CASE MANAGEMENT CONFERENCE<br><br>Current CMC Date: October 8, 2010<br>Proposed CMC Date: N/A<br>Before: Hon. Jeremy Fogel |

---

STIP AND [PROPOSED] ORDER
VACATING DATE FOR CMC

MASTER FILE NO.:  C-06-4809-JF (RS)
290940

1   WHEREAS, Plaintiffs in this Consolidated Action filed a Verified Amended Consolidated Shareholder Derivative Complaint ("Consolidated Complaint") on November 30, 2007;

WHEREAS, on February 1, 2008, Nominal Defendant Blue Coat Systems, Inc. ("Blue Coat") and Defendant Ernst & Young LLP ("EY") filed motions to dismiss this case on the ground that a demand upon Blue Coat's board of directors (the "Board") to assert claims against the individual Defendants and Defendant EY would not have been futile (the "Demand Futility Motions");

WHEREAS, on February 1, 2008, the individual Defendants and EY filed motions to dismiss the Consolidated Complaint on the grounds that it failed to state a claim for relief against them;

WHEREAS, on February 1, 2008, Defendants Blue Coat and EY filed motions to stay the case and/or to compel mediation and, if necessary, arbitration;

WHEREAS, Plaintiffs decided not to oppose these motions but to instead make a demand on Blue Coat's Board;

WHEREAS, the Parties agreed to, and the Court ordered, a stay of the action to permit Plaintiffs to make their demand upon Blue Coat's Board and to allow the Board to consider such demand;

WHEREAS, in response to Plaintiffs' demand, the Board formed a special committee, composed of directors James Tolonen and Keith Geeslin, which according to the Form 10-Q filed by Blue Coat on December 9, 2008, was granted plenary authority to decide whether it is in the best interests of the Company and its shareholders to pursue or otherwise resolve the claims raised in the demand letter and in the federal and state derivative actions and any other claims of the Company that the special committee deems necessary or appropriate to consider concerning its historical stock option practices;

WHEREAS, the special committee represents that it has been actively engaged in an investigation of Plaintiffs' demand and has been working diligently on the investigation;

1    WHEREAS, counsel for plaintiffs, counsel for the special committee, counsel for the insurers, and counsel for certain individual defendants attended a mediation session on November 24, 2009 with the Honorable Layn Phillips (Ret.);

WHEREAS, following the mediation, counsel for Plaintiffs, counsel for the special committee, counsel for the insurers, and counsel for individual Defendants continued to engage in extensive arm's length settlement discussions, with additional assistance from the mediator;

WHEREAS, Plaintiffs, certain of the individual Defendants, Defendant EY, and nominal Defendant Blue Coat, by and through its special committee, each by and through their respective counsel, have reached a settlement of this action.  Preparation of settlement documentation has been completed and a stipulation of settlement is expected to be filed shortly.  The Parties will be seeking a hearing date for preliminary approval of the settlement in short order.

NOW, THEREFORE, the Parties, by and through their undersigned counsel of record, hereby agree and stipulate to the following:

1. The Case Management Conference scheduled for October 8, 2010, together with all associated pre-conference filings (e.g., the Case Management Statement and Rule 26(f) disclosures) shall be vacated;

2. The Parties respectfully request that the Court enter an Order approving this Stipulation.

Dated:   October 4, 2010          SHEARMAN & STERLING LLP
                                  Jeffrey S. Facter
                                  Patrick D. Robbins
                                  Emily V. Griffen
                                  Sean T. Strauss
                                  525 Market Street, Suite 1500
                                  San Francisco, CA  94105
                                  Telephone:  (415) 616-1100
                                  Facsimile:  (415) 616-1199

                                  By:_____/s_____
                                           Sean T. Strauss

                                  Counsel for the Special Committee of the Board of Directors of Nominal Defendant Blue Coat Systems, Inc.

STIP AND [PROPOSED] ORDER            2       MASTER FILE NO.:  C-06-4809-JF (RS)
VACATING DATE FOR CMC                                                      290940

| | | |
|---|---|---|
| 1 | Dated:   October 4, 2010 | WILSON SONSINI GOODRICH & ROSATI, P.C.<br>Jerome F. Birn, Jr.<br>650 Page Mill Road<br>Palo Alto, CA  94304-1050<br>Telephone:  (650) 493-9300<br>Facsimile:  (650) 565-5100 |

By: _____/s/_____
      Jerome F. Birn, Jr.

Counsel for the Blue Coat Defendants and Nominal Defendant Blue Coat Systems, Inc.

Dated:   October 4, 2010

THE WEISER LAW FIRM, P.C.
Robert B. Weiser
121 N. Wayne Avenue, Suite 100
Wayne, PA  19087
Telephone:  (610) 225-2677
Facsimile:  (610) 225-2678

By: _____/s/_____
      Robert B. Weiser

Dated: October 4, 2010

ROBBINS UMEDA LLP
Brian J. Robbins
Marc M. Umeda
600 B Street, Suite 1900
San Diego, CA  92101
Telephone:  (619) 525-3990
Facsimile:  (619) 525-3991

By: _____/s/_____
      Marc M. Umeda

Co-Lead Counsel for Plaintiffs

Dated:   October 4, 2010

DLA PIPER US LLP
Shirli Fabbri Weiss
David Priebe
Roy K. McDonald
David M. Doyle
401 B Street, Suite 1700
San Diego, CA  92101
Telephone:  (619) 699-2700
Facsimile:  (619) 699-2701

By: _____/s/_____
      Shirli F. Weiss

Counsel for Defendant Michael J. Johnson

---

STIP AND [PROPOSED] ORDER VACATING DATE FOR CMC     3     MASTER FILE NO.:  C-06-4809-JF (RS)

290940

| | | |
|---|---|---|
| 1 | Dated:   October 4, 2010 | BINGHAM MCCUTCHEN LLP |
| 2 | | Charlene S. Shimada |
| | | Three Embarcadero Center |
| 3 | | San Francisco, CA  94111 |
| | | Telephone:  415) 393-2000 |
| 4 | | Facsimile:  (415) 393-2286 |

1  Dated:   October 4, 2010

BINGHAM MCCUTCHEN LLP
Charlene S. Shimada
Three Embarcadero Center
San Francisco, CA  94111
Telephone:  415) 393-2000
Facsimile:  (415) 393-2286

By: _____/s/_____
  Charlene S. Shimada

Counsel for Defendant Susan Thornton

Dated:   October 4, 2010

KATTEN MUCHIN ROSENMAN, LLP
Bruce G. Vanyo
Richard H. Zelichov
2029 Century Park East, Suite 2600
Los Angeles, CA  90067
Telephone:  (310) 788-4400
Facsimile:  (310) 788-4471

By: _____/s/_____
  Richard H. Zelichov

Counsel for Defendant Robert P. Verheecke

Dated:   October 4, 2010

LATHAM & WATKINS LLP
Peter A. Wald
Patrick E. Gibbs
David M. Friedman
Andrew M. Farthing
505 Montgomery Street, Suite 2000
San Francisco, CA  94111-6538
Telephone:  (415) 391-0600
Facsimile:  (415) 395-8095

By: _____/s/_____
  David M. Friedman

Counsel for Defendant Ernst & Young LLP

STIP AND [PROPOSED] ORDER
VACATING DATE FOR CMC

4

MASTER FILE NO.:  C-06-4809-JF (RS)
290940

|   |   |
|---|---|
| 1 | [PROPOSED] ORDER |
| 2 | Based upon the above stipulation of the Parties and for good cause appearing |
| 3 | therefore, IT IS SO ORDERED. |

Dated: __10/5__, 2010

_____
JEREMY FOGEL
United States District Judge

---

STIP AND [PROPOSED] ORDER      5     MASTER FILE NO.: C-06-4809-JF (RS)
VACATING DATE FOR CMC                                                                  290940

1  ATTESTATION PURSUANT TO GENERAL ORDER 45

2  I, Sean T. Strauss, attest that concurrence in the filing of this document has been
3  obtained from each of the signatories.  I declare under penalty of perjury under the laws of the
4  United States of America that the foregoing is true and correct.  Executed this 4th day of October,
5  2010 at San Francisco, California.

By:_____/s_____
Sean T. Strauss

Counsel for the Special Committee of the Board of Directors of Nominal Defendant Blue Coat Systems, Inc.