UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re BLUE COAT SYSTEMS, INC. DERIVATIVE LITIGATION | ) MASTER FILE NO.: C-06-4809-JF (RS)<br>) [Consolidated with C-06-5453]<br>)<br>) [PROPOSED] ORDER PRELIMINARILY<br>) APPROVING DERIVATIVE SETTLEMENT<br>) AND PROVIDING FOR NOTICE |
| This Document Relates To:<br><br>ALL ACTIONS. | )<br>)<br>) |

577036_4

WHEREAS, the Settling Parties have made an application, pursuant to Federal Rule of Civil Procedure 23.1, for an order: (i) preliminarily approving the proposed settlement (the "Settlement") of the above-captioned shareholder derivative action (the "Federal Action") and the related shareholder derivative action pending in the Superior Court of the State of California, County of Santa Clara entitled *Chartier v. Hanna, et al.*, Case No. 1:05-CV-041436 (the "State Action") (collectively, the "Actions"), in accordance with a Stipulation of Settlement dated October 1, 2010 and the exhibits thereto (the "Stipulation"), and (ii) approving for distribution of the Notice of Settlement (the "Notice");

WHEREAS, the Stipulation sets forth the terms and conditions for the Settlement, including but not limited to: (i) a proposed Settlement and dismissal of the Actions with prejudice as to the Released Persons; and (ii) an award of attorneys' fees and expenses to Plaintiffs' Counsel in the Actions, upon the terms and conditions set forth in the Stipulation;

WHEREAS, the Settlement appears to be the product of serious, informed, non-collusive negotiations and falls within the range of possible approval;

WHEREAS, all capitalized terms contained herein shall have the same meanings as set forth in the Stipulation (in addition to those capitalized terms defined herein); and

WHEREAS, this Court, having considered the Stipulation and the exhibits annexed thereto and having heard the arguments of the Settling Parties at the preliminary approval hearing:

NOW THEREFORE, IT IS HEREBY ORDERED:

1. This Court does hereby preliminarily approve, subject to further consideration at the Settlement Hearing described below, the Stipulation and the Settlement set forth therein, including the terms and conditions for: (a) a proposed Settlement and dismissal of the Actions with prejudice as to the Released Persons; and (b) an award of attorneys' fees and expenses to Plaintiffs' Counsel in the Actions, upon the terms and conditions set forth in the Stipulation.

2. A hearing (the "Settlement Hearing") shall be held before this Court on January 14, 2011, at 9:00 a.m., in Courtroom 3 of the United States District Court, Northern District of California, San Jose Division, 280 South First Street, San Jose, CA 95113, to finally determine whether:

— 1 —

[PROPOSED] ORDER PRELIMINARILY APPROVING DERIVATIVE SETTLEMENT
Lead Case No. 5:06-cv-04809-JF

(a) the terms and conditions of the Settlement provided for in the Stipulation are fair, reasonable, adequate, and in the best interests of Blue Coat and current Blue Coat shareholders;

(b) an order and judgment as provided for in ¶1.9 of the Stipulation should be entered; and

(c) to award attorneys' fees and expenses to Plaintiffs' Counsel.

3. The Court approves, as to form and content, the Notice annexed as Exhibit A-1 hereto, and finds that the filing of the Stipulation and publication of the Notice, substantially in the manner and form set forth in ¶4.1 of the Stipulation, meets the requirements of Federal Rule of Civil Procedure 23.1 and due process, is the best notice practicable under the circumstances, and shall constitute due and sufficient notice to all Persons entitled thereto of all matters relating to the Settlement.

4. Not later than ten (10) business days following entry of this Order, Blue Coat shall cause the Notice, substantially in the form annexed as Exhibit A-1 hereto, and the Stipulation to be posted on the Investor Relations section of its website, such that visitors to Blue Coat's website will readily find a hyperlink to the Notice and Stipulation.

5. Not later than ten (10) business days following entry of this Order, Blue Coat shall cause a copy of the Notice to be filed with the Securities and Exchange Commission via a Current Report on Form 8-K.

6. Not later than ten (10) business days following entry of this Order, Blue Coat shall cause a copy of the Notice to be published in *Investor's Business Daily*.

7. All costs incurred in the filing, publishing, and posting of the Notice and posting of the Stipulation shall be paid by Blue Coat and Blue Coat shall undertake all administrative responsibility for such filing and posting.

8. At least twenty-one (21) calendar days prior to the Settlement Hearing, Blue Coat's counsel shall file with the Court and serve on all parties proof, by affidavit or declaration, of such filing, publishing, and posting of the Notice and posting of the Stipulation in accordance with ¶¶4-6.

9. All current Blue Coat shareholders shall be bound by all orders, determinations, and judgments in the Federal Action concerning the Settlement, whether favorable or unfavorable to current Blue Coat shareholders.

10. Pending final determination of whether the Settlement should be approved, no current Blue Coat shareholder shall commence or prosecute against any of the Released Persons any action or proceeding in any court or tribunal asserting any of the Released Claims.

11. All papers in support of the Settlement and the award of attorneys' fees and expenses shall be filed with the Court and served at least twenty-eight (28) calendar days prior to the Settlement Hearing and any reply papers shall be filed with the Court at least seven (7) calendar days prior to the Settlement Hearing.

12. Any current record holders and beneficial owners of common stock of Blue Coat as of October 1, 2010 may appear and show cause, if he, she or it has any reason why the terms of the Settlement should not be approved as fair, reasonable, and adequate, or why a judgment should not be entered thereon, provided, however, unless otherwise ordered by the Court, no current Blue Coat shareholder shall be heard or entitled to contest the approval of all or any of the terms and conditions of the Settlement, or, if approved, the Order and Final Judgment to be entered thereon approving the same, unless that Person has, at least fourteen (14) days prior to the Settlement Hearing, filed with the Clerk of the Court and served on the following counsel (delivered by hand or sent by first class mail) appropriate proof of stock ownership, along with written objections, including the basis therefore, and copies of any papers and briefs in support thereof:

**Counsel for Federal Plaintiffs**

Marc M. Umeda
ROBBINS UMEDA LLP
600 B Street, Suite 1900
San Diego, CA 92101

577036_4

- 3 -

[PROPOSED] ORDER PRELIMINARILY APPROVING DERIVATIVE SETTLEMENT
Lead Case No. 5:06-cv-04809-JF

**Counsel for State Plaintiffs**

Jeffrey D. Light
ROBBINS GELLER RUDMAN
 & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA 92101

**Counsel for Blue Coat by Its Special Committee**

Jeffrey S. Facter
SHEARMAN & STERLING LLP
525 Market Street, 15th Floor
San Francisco, CA 94105

The written objections and copies of any papers and briefs in support thereof to be filed in Court shall be delivered by hand or sent by first class mail to:

Clerk of the Court
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION
280 South First Street
San Jose, CA 95113

Any current Blue Coat shareholder who does not make his, her or its objection in the manner provided herein shall be deemed to have waived such objection and shall forever be foreclosed from making any objection to the fairness, reasonableness or adequacy of the Settlement as incorporated in the Stipulation and to the award of attorneys' fees and expenses to Plaintiffs' Counsel, unless otherwise ordered by the Court, but shall otherwise be bound by the Order and Final Judgment to be entered and the releases to be given.

13. Neither the Stipulation nor the Settlement, nor any act performed or document executed pursuant to or in furtherance of the Stipulation or the Settlement: (a) is or may be deemed to be or may be offered, attempted to be offered or used in any way by the Settling Parties as a presumption, a concession or an admission of, or evidence of, any fault, wrongdoing or liability of the Settling Parties or of the validity of any Released Claims; or (b) is intended by the Settling Parties to be offered or received as evidence or used by any other person in any other actions or proceedings, whether civil, criminal or administrative. The Released Persons may file the

Stipulation and/or the Order and Final Judgment in any action that may be brought against them in order to support a defense or counterclaim based on principles of *res judicata*, collateral estoppel, full faith and credit, release, standing, good faith settlement, judgment bar or reduction or any other theory of claim preclusion or issue preclusion or similar defense or counterclaim; and any of the Settling Parties may file the Stipulation and documents executed pursuant and in furtherance thereto in any action to enforce the Settlement.

14. The Court reserves the right to adjourn the date of the Settlement Hearing or modify any other dates set forth herein without further notice to the current Blue Coat shareholders, and retains jurisdiction to consider all further applications arising out of or connected with the Settlement. The Court may approve the Settlement, with such modifications as may be agreed to by the Settling Parties, if appropriate, without further notice to the current Blue Coat shareholders.

IT IS SO ORDERED.

DATED: 11-12-10

THE HONORABLE JEREMY FOGEL
UNITED STATES DISTRICT JUDGE

Submitted by:

ROBBINS UMEDA LLP
BRIAN J. ROBBINS
MARC M. UMEDA

s/ MARC. M. UMEDA
_____
MARC M. UMEDA

600 B Street, Suite 1900
San Diego, CA 92101
Telephone: 619/525-3990
619/525-3991 (fax)

THE WEISER LAW FIRM, P.C.
ROBERT B. WEISER
121 N. Wayne Avenue, Suite 100
Wayne, PA 19087
Telephone: 610/225-2677
610/225-2678 (fax)

Co-Lead Counsel for Federal Plaintiffs

| | |
|---|---|
| 1 | ROBBINS UMEDA LLP |
|   | BRIAN J. ROBBINS (190264) |
| 2 | MARC M. UMEDA (197847) |
|   | 600 B Street, Suite 1900 |
| 3 | San Diego, CA 92101 |
|   | Telephone: (619) 525-3990 |
| 4 | Facsimile:  (619) 525-3991 |
|   | mumeda@robbinsumeda.com |
| 5 | |
|   | Co-Lead Counsel for Plaintiffs |
| 6 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| In re BLUE COAT SYSTEMS, INC. DERIVATIVE LITIGATION | ) ) ) ) ) ) ) ) ) ) | MASTER FILE NO.: C-06-4809-JF (RS) [Consolidated with C-06-5453]<br><br>NOTICE OF SETTLEMENT<br><br>EXHIBIT A-1 |
| This Document Relates To:<br><br>ALL ACTIONS. | | |

TO: **ALL CURRENT RECORD HOLDERS AND BENEFICIAL OWNERS OF COMMON STOCK OF BLUE COAT SYSTEMS, INC. ("BLUE COAT" OR THE "COMPANY") AS OF OCTOBER 1, 2010**

PLEASE TAKE NOTICE that the above-captioned shareholder derivative litigation (the "Federal Action"), as well as the shareholder derivative action in Santa Clara Superior Court entitled *Chartier v. Hanna, et al.*, Case No. 1:05-CV-041436 (the "State Action") (collectively, the "Actions"), are being settled on the terms set forth in a Stipulation of Settlement dated October 1, 2010 (the "Stipulation").[1] The terms of the settlement set forth in the Stipulation (the "Settlement") include: (1) financial benefits to Blue Coat totaling over $4.5 million; (2) the adoption, implementation, and/or maintenance of a variety of corporate governance reforms, including measures that relate to and address many of the underlying issues in the Actions, including, but not limited to, independence of the Company's Board of Directors (the "Board"), director compensation, Board and committee membership, director education requirements, stock option granting procedures, and a clawback provision; and (3) Blue Coat's agreement to pay shares of Blue Coat common stock valued at $1.775 million and Ernst & Young's payment of $225,000 in cash for Plaintiffs' Counsel's attorneys' fees and expenses.

IF YOU ARE A CURRENT OWNER OF BLUE COAT COMMON STOCK, YOUR RIGHTS MAY BE AFFECTED BY PROCEEDINGS IN THE LITIGATION.

On January 14, 2010, at 9:00 a.m., a hearing (the "Settlement Hearing") will be held before the United States District Court for the Northern District of California, San Jose Division, 280 South First Street, San Jose, CA 95113, to determine: (1) whether the terms of the Settlement, including the agreed to attorneys' fees and expenses, should be approved as fair, reasonable, and adequate; (2) whether the Actions should be dismissed on the merits and with prejudice; and (3) whether the

---

[1] This notice should be read in conjunction with, and is qualified in its entirety by reference to, the text of the Stipulation, which has been filed with the Federal Court and posted at www.bluecoat.com/company/investorrelations. All capitalized terms herein have the same meanings as set forth in the Stipulation (in addition to those capitalized terms defined herein).

- 1 -

NOTICE OF SETTLEMENT
Lead Case No. 5:06-cv-04809-JF

Plaintiffs should receive service awards of $2,000 each, payable out of the attorneys' fees and expenses awarded to Plaintiffs' Counsel.

Any shareholder of Blue Coat that objects to the Settlement of the Actions shall have a right to appear and to be heard at the Settlement Hearing, provided that he or she was a shareholder of record or beneficial owner as of October 1, 2010. Any shareholder of Blue Coat who satisfies this requirement may enter an appearance through counsel of such shareholder's own choosing and at such member's own expense or may appear on their own. However, no shareholder of Blue Coat shall be heard at the Settlement Hearing unless no later than fourteen (14) days prior to the date of the Settlement Hearing, such shareholder has filed with the Court and delivered to Plaintiffs' Counsel, and Blue Coat's Special Committee's counsel, a written notice of objection, their ground for opposing the Settlement, and proof of both their status as a shareholder and the dates of stock ownership in Blue Coat. Only shareholders who have filed and delivered valid and timely written notices of objection will be entitled to be heard at the Settlement Hearing unless the Court orders otherwise.

If you wish to object to the Settlement, you must file a written objection setting forth the grounds for such an objection with the Court on or before December 31, 2010 with service on the following parties:

*Counsel for Federal Plaintiffs*

Marc M. Umeda
ROBBINS UMEDA LLP
600 B Street, Suite 1900
San Diego, CA 92101

*Counsel for State Plaintiffs*

Jeffrey D. Light
ROBBINS GELLER RUDMAN
  & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA 92101

- 2 -

NOTICE OF SETTLEMENT
Lead Case No. 5:06-cv-04809-JF

***Counsel for Blue Coat by Its Special Committee***

Jeffrey S. Facter
SHEARMAN & STERLING LLP
525 Market Street, 15th Floor
San Francisco, CA 94105

Inquiries regarding the Settlement may be made to counsel for the State Plaintiffs: Rick Nelson, c/o Shareholder Relations, Robbins Geller Rudman & Dowd LLP, 655 West Broadway, Suite 1900, San Diego, CA 92101; telephone 619-231-1058.

**PLEASE DO NOT CONTACT THE COURT REGARDING THIS NOTICE**

DATED 11/10, 2010

BY ORDER OF THE COURT
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

- 3 -

NOTICE OF SETTLEMENT
Lead Case No. 5:06-cv-04809-JF